21-2603
GOODWIN
v
METHODIST

21-2603
GOODWIN
v
METHODIST

**JOHN T. FOWLKES, JR.**

CHARMIANE G. CLAXTON