# EXHIBIT 1

Pro Se Lawsuit: Plaintiff Joyce Goodwin

Chaplain John Wilcher will be retiring effective January 6, 2017. With his retirement, we are happy to let you know that Joyce Goodwin will be working with me as the new Coordinator of the Humanitarian Fund. She will be helping me to accept and process Humanitarian Fund Grant Applications, assist with the Humanitarian Fund Committee meetings and helping with processing check requests and with distribution of Humanitarian Fund checks. Please include Joyce along with me in any emails regarding questions or information on grants or checks. The phone numbers for the Humanitarian Fund will remain the same: (901) 516-0864 to make an appointment, ask questions, etc. The recorded Information Line will remain as (901) 516-0532. The Humanitarian Fund fax number remains the same – (901) 516-0595.

You can reach Joyce at 516-0864. Joyce will continue her work with the Clinical Pastoral Education Department. Her number there is 516-8359.

Chaplain John A. Wilcher, M. Div., BCC
Director, Clergy and Conference Ministries
Methodist Le Bonheur Healthcare
1211 Union Avenue, Suite 746
Memphis, TN 38104
Office: (901) 516-0864
Fax: (901) 516-0595
Email: john.wilcher@mlh.org

Methodist Le Bonheur Healthcare is proud
to once again be named among the Top 100
Integrated Healthcare Networks in the country.

"Be treated well."
www.methodisthealth.org
www.lebonheur.org



Exhibt
A