# EXHIBIT 2

Pro Se Lawsuit: Plaintiff Joyce Goodwin

# Joyce Goodwin

**From:** Joyce Goodwin
**Sent:** Tuesday, October 30, 2018 5:10 PM
**To:** Niels French
**Cc:** Linda Hayes (Linda.Hayes@mlh.org)
**Subject:** Two Weeks Resignation

Niels,

I regret to inform you that I will be presenting my resignation today (CC you). I am sadden that it has come to this point but I can no longer endure the toxic environment in which I know will never create any positive results for me. My work ethics continues to be diminished with statements such as "neglecting my task" when I have never received any instructions for said task nor knew about the task . I am subject to unethical provisions, as well as my character reduce with words of deception. These working conditions are affecting my health therefore it is in my best interest to explore other possibilities.

As you know my concerns have been address with HR and I have followed all instructions given to me however all attempts have failed therefore the lack of a positive outcome leads me to my decision as well . My decision has no influence due to the Humanitarian Fund Department but I know my decision will affect the HF department. I do believe it will be best for you on the premise that you will be able to lead the HF department without oppositions. I am open with assisting you with whatever is needed to make this transition as smooth as possible. I have begun my search for other opportunities and provided your name as my leader in the HF department therefore it is a possibility that you will be contact.

Please know if I could have spoken these words to you physically I would have, however knowing my passion for the HF department and coming to this unfortunate decision speaking the words would have overwhelm me and I wouldn't have been able to communicate my thoughts. Again, I am so grateful to you and Harry for allowing me the chance to serve in the Humanitarian Fund Department. Thank You!!!

Warmest regards,
Joyce Goodwin
*Humanitarian Fund Coordinator*



1211 Union Ave. Suite 700
Memphis, TN. 38104
Direct: 901-516-0864 Fax: 901-516-0595

Exhibit B

*Methodist Le Bonheur Healthcare is proud to once again be named among the Top 100 Integrated Healthcare Networks in the country.*

1