# EXHIBIT 3

Pro Se Lawsuit: Plaintiff Joyce Goodwin

## Joyce Goodwin

| | |
|---|---|
| **From:** | Joyce Goodwin |
| **Sent:** | Tuesday, October 30, 2018 5:10 PM |
| **To:** | Rhonda Gilligan-Gillespie (Rhonda.Gilligan-Gillespie@mlh.org) |
| **Cc:** | Niels French; Linda Hayes (Linda.Hayes@mlh.org) |
| **Subject:** | Resignation Letter |
| **Attachments:** | Two Week Resignation Letter.docx |

Rhonda,

I am exploring other employment opportunities' therefore attach you will find my two week notice. I do know and regret that this will affect the HR department as well. Thanks
HF

**Joyce Goodwin**
*Administrative Assistant, Clinical Pastoral Education*
*Humanitarian Fund Coordinator*



Clinical Pastoral Education
1265 Union Ave, Tower 1
Memphis, TN 38104
joyce.goodwin@mlh.org
Direct 901-516-8359 / Fax 901-516-7896

**Methodist Healthcare Memphis is accredited by:**
The Association for Clinical Pastoral Education
One West Court Square, Suite 325,
Decatur, GA, 30030
404.320.1472
acpe.edu

Humanitarian Fund
1211 Union Ave. Suite 700
Memphis, TN. 38104
Direct: 901-516-0864 Fax: 901-516-0595

*Methodist Le Bonheur Healthcare is proud to once again be named among the Top 100 Integrated Healthcare Networks in the country.*




Exhibit C

1