# EXHIBIT 4

Pro Se Lawsuit: Plaintiff Joyce Goodwin

## Joyce Goodwin

**From:** Niels French
**Sent:** Friday, May 10, 2019 10:53 AM
**To:** Joyce Goodwin
**Subject:** RE: Allan Batalier

Joyce,
Sorry that I was not good at communicating my intentions and thought-process before the event.
But I really want the staff and core team and Dr. Mosley to see you as a "coordinator" and not as an administrative professional. We have been working—too slowly--on changing the grade and moving you up to grade 11 so that your role is a higher rank and not seen as an administrative assistant. You function much more independently with the HF committee and decision-making.
That said, nothing prevents us from doing a separate lunch gathering as part of National Healthcare Week or another highlight.

nf

**From:** Joyce Goodwin
**Sent:** Friday, May 10, 2019 8:05 AM
**To:** Niels French
**Subject:** Allan Batalier

Reminder: Mr. Allan check was re-issued because he did not receive the mailed check two weeks ago. He stated he can come around 3 pm during the normal time that the checks are issued on Friday. His check is in the yellow folder.

Also I heard that you all went out to lunch to celebrate the Administrative professionals yesterday. Why didn't I receive an invite? I am not a admin but I am still an administrative professional with the HF department.

Joyce Goodwin
*Humanitarian Fund Coordinator*



Exhibit D

*Mission Integration Division*
1211 Union Ave. Suite 810 B
Memphis, TN. 38104
Direct: 901-516-0864 Fax: 901-516-2760

*Methodist Le Bonheur Healthcare is proud to once again be named among the Top 100 Integrated Healthcare Networks in the country.*

1