# EXHIBIT 5

Pro Se Lawsuit: Plaintiff Joyce Goodwin

**Shelonda Phillips-McDonald, LCSW**
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
901.299.8265  Shelondap@aol.com



September 28, 2018

To Whom It May Concern:

Re: Medical Leave for Joyce Goodwin

I have had the opportunity to speak with Ms. Goodwin on several occasions regarding issues with the supervisor on her job. These issues have caused Ms. Goodwin to have anxiety and believe that she works in a hostile environment. As of recently, Ms. Goodwin has reported tension headaches; problems sleeping, and back pain, and Ms. Goodwin was advised to speak with her medical provider regarding symptoms because she has an extensive history of other medical issues. Ms. Goodwin's current symptoms could be related to the stress and anxiety that she has from her working environment.

Sincerely,

Shelonda Phillips-McDonald, LCSW

Exhibit E1