# EXHIBIT 6

Pro Se Lawsuit: Plaintiff Joyce Goodwin



10/4/2018

Joyce Goodwin
1779 Kirby Pkwy 1-127
Germantown, TN 38138

Exhibit E-2
3-15-2013

Case #: 00143534-001

Re: Your request for Leave of Absence (LOA)

Dear Joyce:

On 10/02/2018 you informed us of your need for leave beginning on 10/02/2018 and lasting until undetermined due to Employee Serious Health Condition.

We have evaluated your eligibility for leave under the Family and Medical Leave Act (FMLA) and have determined you meet the requirements for FMLA eligibility. While you are eligible, this letter does not approve your leave. Approval is based on the receipt of a sufficient medical certification. You will receive written notification when your leave is approved.

Enclosed is the medical certification you are required to furnish to support your leave request. You must return the completed forms to me by 10/19/2018. If sufficient information is not provided within this time period, your leave may be denied.

In addition to FMLA leave, you are also eligible for MLH Medical Leave. Your leave as requested will extend beyond job protected FMLA leave. If job protected FMLA is exhausted, you will be placed on MLH Medical Leave. MLH Medical Leave is not job protected. Your department will hold your position open when possible. Should the department need to fill your position, you will be notified prior to posting. An Associate whose position is filled while on MLH medical leave will be referred to Recruitment Services upon release to return to work for assistance with finding an alternative position. If the Associate has not been placed in another position at the end of 30 days, the Associate's employment will be terminated.

If the requested documentation demonstrates that your leave is FMLA-qualifying, you will have the following obligations while on FMLA leave:

- You will be required to use your available Paid Time Off (PTO) during your FMLA absence. This means that you will receive your PTO and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.
- Short term disability (STD) may only be used in situations that qualify. Should your leave be for your own serious health condition and you qualify for STD, you must call The Hartford at 866-945-4558 to file a claim. STD must be approved by The Hartford before it will be paid. Approval of STD is not the same as approval for your LOA and vice versa. The Hartford approves STD and MLH approves LOAs.
- If you are enrolled in MLH health benefits, your portion of the premium will continue to be deducted from your paycheck as long as you remain in a paid status. When you are no longer receiving a paycheck, you will be required to submit payment to Associate Benefits in order to continue coverage.
- If your leave is due to a work related injury, Worker's Compensation leave runs concurrent with Family Medical Leave and/or MLH Medical Leave.
- While on leave you will be required to furnish us with periodic reports of your status and intent to return to work.
- If the circumstances of your leave change and you are able to return to work earlier than the date noted above, you will be required to notify us at least two workdays prior to the date you intend to report for work.

If your leave does qualify as FMLA leave, you will have the following rights while on FMLA leave:

- You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as a rolling 12-month period measured backward from the date of any FMLA usage
- Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.
- You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA)
- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence or onset of a covered service member's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.
- You have the right to have paid time off and/or short term disability pay run concurrently with your unpaid leave entitlement. If you do not meet the requirements for taking PTO and/or STD, you remain entitled to take unpaid FMLA leave.

Once we obtain the information from you as specified above, we will inform you within five business days whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement, or whether we need additional information in order to make this determination.

If you have any questions, please contact me at 901-516-0914.

Sincerely,

*LaShonda D. Carey*

LaShonda Carey
Leave Administrator
1211 Union, Suite 900
Memphis, TN 38104
Phone: (901) 516-0824  Fax: (901) 266-6437
Email: lashonda.carey@mlh.org

Enclosures:
WHD Pub. 1420 - Employee Rights and Responsibilities under FMLA
WH-380 E ESHC Certification Form
HIPAA Authorization
Entering Leave Related Absences in myTime

STD Checklist
PTO Supplement Request
Return to Work Authorization

**From:** Estela Bone
**Sent:** Monday, October 15, 2018 2:26 PM
**To:** Niels French; Rhonda Gilligan-Gillespie
**Cc:** Naseera Langford; Renita Mattox; LaShonda Carey; Joelean Benson
**Subject:** JOYCE GOODWIN - RETURN TO WORK

HI,

Joyce Goodwin can return to work effective 10/17/18 without restrictions.

Thanks,

Estela O. Bone , R.N.

**Estela O. Bone, R.N., B.S.N.**

*Associate Health Services*

cid:image004.jpg@01D3894D.E5137(

1325 Eastmoreland, Suite 450

Memphis, TN 38104