# EXHIBIT 7

Pro Se Lawsuit: Plaintiff Joyce Goodwin

**Joyce Goodwin**

**From:** Joyce Goodwin
**Sent:** Friday, September 07, 2018 5:44 PM
**To:** Albert Mosley
**Subject:** Working conditions concerns

Dr. Mosley,

I would like to speak with you privately (telephone or office meet) at your convenient. I don't want to take up to much of your time I just believe my concerns have come to a point whereby I need to address them to you. I don't mind you calling my cell if need be. Thanks

Joyce Goodwin
*Administrative Assistant, Clinical Pastoral Education*
*Humanitarian Fund Coordinator*



Clinical Pastoral Education
1265 Union Ave, Tower 1
Memphis, TN 38104
joyce.goodwin@mlh.org
Direct 901-516-8359 / Fax 901-516-7896

**Methodist Healthcare Memphis is accredited by:**
The Association for Clinical Pastoral Education
One West Court Square, Suite 325,
Decatur, GA, 30030
404.320.1472
acpe.edu

Humanitarian Fund
1211 Union Ave. Suite 700
Memphis, TN. 38104
Direct: 901-516-0864 Fax: 901-516-0595

*Methodist Le Bonheur Healthcare is proud to once again be named among the Top 100 Integrated Healthcare Networks in the country.*




Exhibit F

1