# EXHIBIT 8

Pro Se Lawsuit: Plaintiff Joyce Goodwin

## Joyce Goodwin

**From:** Joyce Goodwin
**Sent:** Sunday, June 3, 2018 1:36 PM
**To:** Mayzelle Collins
**Subject:** FW: Appointment with you

Hi Mayzelle,

I am ready to present and discuss all information I reported to you off record in an effort to place all information on the record. I would like a face to face meet with you to display some the documents (if I am not breaking any HIPPA laws) I mention to you in our off the record discussion . I also have other questions I would like to address. My schedule for this week (6/4 -6/8/2018) is listed below as to times and days I will be available.

Monday June 4, 2018 any time after 4 pm
Tuesday June 5, 2018 any tune after 5 pm
Wednesday any time after 1 pm
Friday any time after 4:30 pm

I don't know if you are available on the weekend, if so I am open to meet with you anytime. Thanks

**From:** Mayzelle Collins
**Sent:** Tuesday, May 29, 2018 12:55 PM
**To:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Subject:** RE: Appointment with you

OK


**Mayzelle Collins**
*Director, Human Resources*



Methodist University Hospital
1265 Union Avenue
Memphis, TN 38104
901-516-8816

 

Exhibit G

**From:** Joyce Goodwin
**Sent:** Tuesday, May 29, 2018 12:24 PM

1