# EXHIBIT 9

Pro Se Lawsuit: Plaintiff Joyce Goodwin

**Joyce Goodwin**

**From:** Linda Hayes
**Sent:** Wednesday, June 13, 2018 10:59 AM
**To:** Joyce Goodwin
**Subject:** RE: Meeting Wednesday 6-13-18 at 2 pm

Yes. We are on the 3rd Floor of POB (Medical Arts Building) Suite 372 by the elevator.

**From:** Joyce Goodwin
**Sent:** Wednesday, June 13, 2018 9:27 AM
**To:** Linda Hayes <Linda.Hayes@mlh.org>
**Subject:** Meeting Wednesday 6-13-18 at 2 pm

Exhibit H

Linda,

I just wanted to confirm that we will me meeting at 2 pm today in your office. Thanks

Joyce Goodwin
*Humanitarian Fund Coordinator*



1211 Union Ave. Suite 700
Memphis, TN. 38104
Direct: 901-516-0864   Fax: 901-516-0595

*Methodist Le Bonheur Healthcare is proud to once again be named among the Top 100 Integrated Healthcare Networks in the country.*

 

1