# EXHIBIT 10

Pro Se Lawsuit: Plaintiff Joyce Goodwin

|  | **THIS** | **REPLACES** |
|---|---|---|
| **INDEX** | S-05-005 | |
| **REVISED** | 9-30-17 | |
| **EFFECTIVE** | 10-1-17 | |
| **PAGE** | 1 of 4 | |

## SYSTEM POLICY

**ORIGINATOR:** Faith & Health Division & Methodist Healthcare Foundation

**SUBJECT:** Humanitarian Fund

**PURPOSE:** To define the established parameters for authorized disbursements from the Methodist Healthcare Humanitarian Fund.

**FUNCTIONS AFFECTED:** All Methodist Le Bonheur Healthcare Entities

**POLICY:** The Humanitarian Fund, originally established by Dr. Henry Hedden, the first administrator of Methodist Hospital, serves today as when it was established to aid Associates in emergency situations by providing funds to assist them in case of a short term difficult situation. Associates are encouraged and expected to seek additional assistance from other community service agencies.

The fund is supported by voluntary contributions to Methodist Healthcare Foundation's Annual Fund Campaign and by other contributions received at any time from Associates and others.

Any exceptions to this policy must be directed to the Senior Vice President, Faith & Health Division and endorsed, if deemed appropriate, by the CEO of Methodist Le Bonheur Healthcare.

### Associate Grant Information:
### Humanitarian Fund Requests

A. All Associates must complete the appropriate **Humanitarian Fund Grant Application Form** to receive a Humanitarian Fund Grant.
B. Every effort will be made to ensure confidentiality.
C. All requests for Humanitarian Fund Grants are reviewed on a case-by-case basis.
D. All Humanitarian Fund Grants are gifts. [See taxation information under Taxation of Disbursements section below.]
E. **Lost Wages Emergency Financial Grants and Exceptional Circumstances Grants** are available to deal with short-term financial crisis situations These Grants are not for long-term financial situations. They are not to supplement income nor are they meant to replace wages from official Lack of Work or loss of Over-Time Hours.

*Exhibit H 4 pages*

|  | THIS | REPLACES |
|---|---|---|
| INDEX | S-05-005 |  |
| REVISED | 9-30-17 |  |
| EFFECTIVE | 10-1-17 |  |
| PAGE | 2 of 4 |  |

F. Overall guidelines used by the Humanitarian Fund Committee in its decision-making process:
- Does the request meet the established criteria for the specific Humanitarian Fund Grant Request?
- Will the grant be used to assist with and/or change the short-term financial crisis situation?
- Has the individual requested funds in the previous year?
- Is there a pattern of making repeated requests?
- Has the individual investigated other sources of assistance?

### Criteria for Humanitarian Fund Grants

A. The applicant must be an active MLH Associate or approved affiliate and have been employed at MLH for a minimum of three (3) months, preferably (see section F).

B. **Lost Wages Emergency Financial Grants, Bereavement Grants, Primary Residence Catastrophic Property Damage Grants, and Exceptional Circumstances Grants** can be applied for by all active MLH Associates who are employed by MLH at the time of the application

C. The **Lost Wages Emergency Financial Grant** generally cannot exceed the amount of lost wages incurred by the MLH Associate due to illness, accident or caring for a family member. The Lost Wages Emergency Financial Grant is not to supplement income

D. **Health Insurance Grants** are available only to Full Time, Part Time and Weekender Associates who are on approved Family Medical Leave, Maternity Leave or MLH Medical Leave. This grant will be paid directly to the MLH insurance carrier on behalf of the applicants to cover the MLH health insurance premiums only while the MLH Associate is on approved and qualifying official Family Medical Leave, Maternity or MLH Medical Leave.

E. Associates receiving Humanitarian Fund Grants will be referred to the appropriate service for additional support such as: MLH EAP, MIFA, Credit Counseling services, Food Bank, etc.

F. Designated employee contract groups that participate in the MH Foundation Annual Fund Campaign are eligible for Humanitarian Fund Grants

### Types of Grants available:
[Grants are not automatic. Associates must make an application to receive any Grant from the Humanitarian Fund.]

A. Lost Wage **Emergency Financial Grants:** Grant is available to MLH Associate who has a short-term financial need for rent, mortgage payments or household utilities

|  | THIS | REPLACES |
|---|---|---|
| INDEX | S-05-005 |  |
| REVISED | 9-30-17 |  |
| EFFECTIVE | 10-1-17 |  |
| PAGE | 3 of 4 |  |

due to loss of wages as a result of illness, accident or caring for a family member. Applicants are limited to one grant every twelve (12) months. The Grant maximum is set by the Humanitarian Fund Committee annually.

B. **Health Insurance Grant:** Grant is available to Full Time, Part Time and Weekender MLH Associates on official Family Medical Leave or MLH Medical Leave and currently enrolled in MLH Health Plan. Eligibility for grant to cover the cost of health insurance occurs only while on Family Medical Leave, Maternity Leave or MLH Medical Leave and the MLH Associate is not receiving a compensation check from MLH for PTO and/or STD or other direct payments from MLH.

C. **Primary Residence Catastrophic Property Damage Grant:** Grant is available to MLH Associate who experiences a catastrophic property damage loss to his/her primary residence. Application should be made as soon as possible after property damage occurs – preferably within 30 days of disaster. Grant is limited to property loss on/in Associate's primary residence only. Grant is limited to catastrophic event – fire, tornado, flood, theft, etc. Grant amount maximum is set annually by the Humanitarian Fund Committee. Grant is not to exceed amount not covered by Associate's insurance or amount of deductible.

D. **Bereavement Grant:** Grant is available to active MLH Associate who is financially responsible for funeral expenses of a family member who dies. Family Member is defined in MLH Associate Handbook as: Spouse, Child, Step-child, Mother, Father, Step-Parent, Sibling, Step-Sibling, Brothers-in-law, Sisters-in-law, Grandparent, Grandchild, Step-grandparent, Step-grandchild. In the event of death of family member, application should be made as soon as possible after death occurs – preferably within 30 days of death. Maximum amount of grant is set annually by the Humanitarian Fund Committee.

E. **Exceptional Circumstances Grant:** Grant is available to MLH Associate who is experiencing a truly exceptional circumstance who has a short-term financial need for rent, mortgage payments or household utilities or for an exceptional situation. Grant is not intended to supplement income of a MLH Associate. Applicants are limited to one grant every twelve (12) months. The Grant maximum is set annually by the Humanitarian Fund Committee.

|  | THIS | REPLACES |
|---|---|---|
| INDEX | S-05-005 |  |
| REVISED | 9-30-17 |  |
| EFFECTIVE | 10-1-17 |  |
| PAGE | 4 of 4 |  |

### Humanitarian Fund Committee

A designated Faith & Health Director will serve as Chairperson of the Humanitarian Fund Committee of MLH

The Humanitarian Fund Committee members shall be appointed by the Senior Vice President, Faith & Health Division. Humanitarian Fund Committee membership shall represent the various MLH facilities and have a cross-section of MLH workforce diversity.

The Humanitarian Fund Committee shall be composed of Associates representing the operational facilities of MLH.

Meetings will normally be held weekly to review requests for grants. Additional meetings will be held as needed.

### Disbursements

All Humanitarian Fund disbursements will be made by the MH Foundation. Authority for disbursing funds is vested in the Senior Vice President, Faith & Health Division; or designee.

### Taxation of Disbursements

Even though Humanitarian Fund Grants are gifts, all Humanitarian Fund Grant disbursements to active MLH Associates are considered taxable income [except for reimbursement of health insurance premiums]. The MLH Associate is responsible for any Local, State, and/or Federal Taxes.

APPROVED

Niels French
Interim Leader
Faith & Health Division

AUTHORIZED

Michael Ugwueke
President & CEO
Methodist Le Bonheur Healthcare

4