# EXHIBIT 11

Pro Se Lawsuit: Plaintiff Joyce Goodwin

**Methodist Le Bonheur Healthcare**

**Corporate Compensation Department**
**Compensation Request Review Form**

## Section A. General Information

Date: 02/14/2019
Facility: Corporate
Department: Faith Health Division
Cost Center: 99250
Requestor (Name/Title): Niels French
Contact/Phone: (901) 516-0835

Exhibit J 9 pages

## Section B. Reason for this request

☑ **New Job** (A Position Description Questionnaire must be completed.)
Suggested Job Title: Humanitarian Fund Program Coord...

☐ **Existing Job** (A Position Description Questionnaire must be completed to reflect the changes.)
Job Title:
Current Grade:
Current Incumbent (if any):

➢ This position reports directly to: Niels French
➢ What other job(s) in the organization do you believe is/are similar? Program Coordinator # 60017748
➢ Is this an additional FTE for your department? No
➢ Estimated cost to add/change the position: $ 10,000.00
➢ Is the cost budgeted? Yes

## Section C. Statement of Request and Documentation

In the space provided below, briefly state the general reason for your request. If new duties, explain how the position has changed.

The Humanitarian Fund effort is a significant operation that grants up to $ 456,865 to 394 fellow associates and 694 grants. The position is currently run by an Administrative Assistant. But the assistant functions more as a coordinator and takes on significant responsibilities in interviewing grant applicants, presenting requests to a committee on a weekly basis, generating monthly reports of usage for payroll, accounts payable, and associate health. The associate operates with a good deal of independence. Associate undertakes complex social conversations with associates to gauge their situation, assist them in completing forms, and determining the best type of grant to apply for. Associate must communicate clearly through conversation, reports, presentations and diplomacy, empathy and care. Associate helps the director to set goals and policies for the Humanitarian Fund.

## Section D. Approvals (You must send approvals through email)

Requestor: Niels French
Company/Facility HR: Morgan Reese
Vice President or Administrator: Dr. Albert Mosley, Sr. VP

**Completed forms may be sent as follows:**

- Fax to 901-516-2391
- E-mail to the assigned Compensation Analyst (must include VP or Administrator approval)

Clear Form



# Position Description Questionnaire (PDQ)

### Purpose of this Questionnaire

The purpose of the PDQ is to collect position specific information to assist in the classification of a new position and reclassification of an existing position. When completing this form, please provide specific and accurate details pertaining to the position. Associates are encouraged to participate in completing this form; however, the supervisor or manager is accountable for establishing the job functions and ensuring the accuracy of this information.

Your response to this questionnaire will be used to update or create job descriptions that define the content and minimum requirements of each job. This questionnaire does not measure the value of the associate respondent nor their performance. This questionnaire will not be used to eliminate jobs. Thank you for your cooperation.

### Associate Instructions

1. Keep in mind that this questionnaire focuses on the job, not individual performance, personal background, skills or abilities. Please do not just copy an old job description. We want to have your opinions, thoughts, and ideas about your job as it presently exists.
2. Describe the job in terms of current duties and responsibilities. Please do not describe the job as you would like it to be or think it should be.
3. Answer each question accurately as possible. Please do not overstate or understate the responsibilities of the job.
4. Consider the typical job duties and responsibilities over an entire year, not extreme or unusual tasks that are rarely performed.
5. Please email or hand deliver the completed and signed questionnaire to your supervisor.
6. If you have questions or need help, please contact the Compensation Department at 516-0766.

### Manager Instructions

1. For new and/or vacant positions: The supervisor and/or hiring manager must complete the PDQ. Please keep in mind that the questions are about the requirements of the position and the responsibilities that the associate will perform and are required regularly.
2. Review the associate's answers to each of the questions and provide commentary in the allotted space provided, as necessary. Do not change their responses; simply provide commentary in the allotted space.
3. Please sign and return all PDQs to your facility Human Resources Representative.

| | | | |
|---|---|---|---|
| **Job Title** | Humanitarian Fund Program Coordinato | **Department** | Faith Health Division |
| **Associate Name** | Joyce Goodwin | **SAP Number** | jg143534a |
| **Supervisor/Manager's Title** | Director/Operations/Int'l Ministries | **Date** | 02/14/2019 |

**Job Summary:** Briefly summarize the primary purpose of this job using no more than 4 sentences.

*Example:* **Administrative Assistant:** Provides clerical and project support services for the Director in the Risk Management department.

Primary focus is overseeing and management for the Humanitarian Fund Department. Interviewing applicants for various hardship grants. Providing support throughout the application process and presenting applicants with additional support resources. Coordinate, type, and compose correspondence to Vendors. Associates, landlords, Funeral homes, etc. Communicate with applicants and vendors to address all inquiries concerning application. Serve as Chairperson for weekly committee meetings presenting hardship applications and if needed request for

**Essential/Main Job Functions:** List the **primary functions** of the job in the space provided below, indicating the **most important** first, and the approximate percentage of time spent on each function over the course of a year. DO NOT list any duties or responsibilities that require 5% or less of the position's time. Please use action verbs when describing primary functions. For a list, please refer to the *Glossary of Action Verbs* on page 8. If you have more than 6 main job functions, type them into Box #6; include approximate percent of time spent on each additional function. The total of these percentages **should not be more than 100%. Note: Please do not copy your job description.**

*Example:* **Administrative Assistant:** Receives and screens visitors and telephone calls and provides information, which may require the use of judgment and interpretation of policies and procedures.   __50%__ of Time

1. Humanitarian Fund Program Coordinator: Interviews applicants for various hardship grants. Provides support throughout the application process and presents applicants with additional support resources. Gathers detailed information about the applicant circumstance to be able to present his/her circumstances to the Humanitarian Fund committee members.   40% of Time

2. HF Program Coordinator: Type, and compose correspondence to Vendors. Associates, landlords, Funeral homes, etc. Communicate with applicants and vendors to address all inquiries concerning application.   15% of Time

3. •HF Program Coordinator: Maintains monthly disbursement list and vendor list to submit to account payable, associate health and payroll. Prepares requisition list each week for grants to be disbursed.   10% of Time

4. HF Program Coordinator: Contacts landlords, repair shop, MLGW, applicants etc. by email, and/or fax, and/or phone concerning an application. Reply to emails and return telephones calls on inquires about the Humanitarian fund grants and department for requests for information and type of grants (5) that they may be eligible for.   15% of Time

5. HF Program Coordinator: Retrieves status cards on prior applicants to collect all past request for assistance and create status cards for new applicants. Prepare presentations for each applicant to be presented at the committee meeting. Information required in presentation: work status, working hours, number of years employed, title, location, list ages and relationship of   10% of Time

6. Prepare Bi- weekly and Monthly reports, distribute weekly checks to applicants, Maintain filing system (files kept up to 3 years)   10% of Time

**Organizational Chart:** Indicate this job's reporting relationship to others by identifying the two levels directly above the position, as well as its peers and direct reports to this job. **Please use job titles, not individual's names**, and specify the numbers of individuals. *(You may also attach a copy of an Organizational Chart which includes all the information below if you have one already developed).*

**Next Level Management: (Title)**
SVP/Faith & Health

**Supervisor/Manager: (Title)**
Director/Operations/Int'l Ministries

**Your Job Title:**
Humanitarian Fund Program Coordinator

**Job Title(s) and Number of Associates Reporting to Same Supervisor/Manager**

| Job Title | # |
|---|---|
| 1. Critical Care Representatives (FCC) | 6 |
| 2. Project Manager | 1 |
| 3. Program Manager | 1 |
| 4. | |
| 5. | |
| 6. | |

**Job Title(s) and Number of Full-Time Associates Supervised by This Job**

| Job Title | # |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

**Number of Interns the Job Oversees (indicate range)**

**Supervisory Responsibilities:** Indicate the type and scope of supervisory responsibilities of this job.
**NOTE:** This refers to supervision of other associates. **Check only one box.**

- ◉ Not responsible for supervising others.
- ○ Guides the work of others who perform essentially the same work. May organize, set priorities, schedule and review work, but has no responsibility to hire, terminate, review performance or make pay decisions.
- ○ Supervises the work of others, including planning, assigning and scheduling work, reviewing work and ensuring quality standards, training staff and overseeing their productivity. May offer recommendations for hiring, termination and pay adjustments, but does not have responsibility for making these decisions.
- ○ Supervises the work of others, including planning, assigning, scheduling and reviewing work, ensuring quality standards. Is responsible for hiring, terminating, training and developing, reviewing performance and administering corrective action for staff. Plans organizational structure and job content.

**Span of Supervision:** Please check one box in each category as they apply to the responsibilities to the job.

- ○ Not applicable.
- ○ Shift: A single shift (day, evening, night) within the department(s)
- ◉ Working Supervisor: Smaller department; primarily functions as a working supervisor
- ○ Department Head: Administers functional programs or operations for a **single** department.
- ○ Department Head: Administers functional programs or operations for **multiple** departments.
- ○ Facility/System: Responsible for overall supervision of Associates within a facility or an organizational area.

**Budget and Fiscal Responsibility:** Please check one box in each category as they apply to the responsibilities to the job.

- ○ Has no budget responsibility
- ◉ Assists in planning, monitoring, and/or managing budget in functional area of department.
- ○ Has full responsibility for planning, monitoring and managing departmental budget.
- ○ Has full responsibility for planning, monitoring and managing budgets for multiple departments.
- ○ Has full responsibility for planning, monitoring and managing budgets for a facility, business unit or corporate organizational unit

Indicate the size and number of grants, budgets, payrolls that affect the scope of this position.

| Budgetary and/or fiscal responsibility includes which of the following: | Size of annual budget (in $mm) |
|---|---|
| FTE Count / Payroll | 1 |
| Department Operating Budget | $500,000 |
| Contracts/Grants | $420,000 included in above |

**Education:** Indicate the <u>minimum</u> level of education generally necessary to effectively handle the job's essential functions. **Check only one required educational level.**

| Required | Preferred | Educational Level | Field of Study |
|---|---|---|---|
| ○ | ○ | No degree required | |
| ○ | ○ | High school diploma or GED | |
| ○ | ○ | Vocational or technical training | |
| ◉ | ○ | Associate's degree, or vocational or technical school degree | Social work, Administration, |
| ○ | ◉ | Bachelor's degree | |
| ○ | ○ | Master's degree | |
| ○ | ○ | Doctoral degree | |

☐ Check here if experience may substitute for some of the above education and describe how.

**Work Experience:** Indicate the <u>minimum</u> level of work related experience required to effectively perform the job's responsibilities. This is not necessarily the same as your current level of experience, rather what a new associate would require to effectively perform the job. **Check only one box.**

| | | | |
|---|---|---|---|
| ○ | Less than 12 months | ○ | 5 – 8 years |
| ○ | 1 – 3 years | ○ | More than 8 years |
| ◉ | 3 – 5 years | ○ | Other (please explain) |

**Certifications, Licenses, and Registrations:** Indicate the certifications, licenses, or registrations <u>required</u> to effectively perform the job's responsibilities.

**Certification:**

**License:**

**Registration:**

**Decision Making:** Indicate the type of impact of the decisions typically made by this job. **Check only one box.**

- ○ Work is performed under general supervision or in accordance with detailed instructions. Decisions made have limited overall impact.
- ○ Work requires following a limited variety of clearly prescribed standard practices involving application of rules, processes, and procedures.
- ◉ Operates with some latitude for unreviewed action or decision. Decisions may require developing or applying options or guides.
- ○ Significant responsibility for decisions and final results, typically affecting the entire department, program, or research funding. Available guides or options are limited.
- ○ Significant responsibility for decisions and final results, typically affecting more the one department. Substantial analysis is required and many factors must be weighted before decision can be reached.
- ○ Major responsibility for decisions and final recommendations, which may result in formulation of strategic plan of actions to achieve the broad objectives of the organization. Decisions made affect the long range of the organization. Decisions determine the scope, direction and goals of the organization.

Briefly describe an example of the position's responsibility for decision making.

**Problem Solving:** Indicate the nature of problems regularly encountered by this job. **Check only one box.**

- ○ Problems encountered are routine, somewhat repetitive, and generally solved by following clear or established directions and procedures.
- ◉ Problems are varied, requiring analysis or interpretation of the situation. Problems are solved using knowledge and skills, and general precedents and practices.
- ○ Problems are highly varied, complex and often non-recurring; require novel and creative approaches to resolution. New concepts and approaches may have to be developed.

Provide additional information if desired.

**Independent Judgment:** Indicate the job's general degree of independence of action. **Check only one box.**

- ○ Performs tasks and duties under direct supervision, using well-defined policies and procedures. Work is reviewed by supervisor. Limited opportunity exists for exercising independent judgment and decision making. Refers most problems to supervisor.
- ○ Performs tasks and duties under general supervision, using established procedures and innovation. Chooses from limited alternatives to resolve problems. Occasional independent judgment is required to complete work assignments. Often makes recommendations to work procedures, policies and practices. Refers unusual problems to supervisor.
- ◉ Performs duties within scope of general MLH policies, procedures and objectives. Analyzes problems and performs needs assessments. Uses judgment in adapting broad guidelines to achieve desired result. Regular exercise of independent judgment within accepted practices. Makes recommendations that affect policies, procedures and practices. Refers exceptions to policy and procedures to the supervisor.
- ○ Develops objectives and general policies and procedures for a specific program or functional area of responsibility within general scope of established operational goals and plans. Day-to-day work and decisions do not require direction or review by immediate supervisor. End results are reviewed by supervisor. Strategic issues are referred to supervisor.
- ○ Develops strategic direction, goals, plans and policies for an area of responsibility. Sets broad objectives and is accountable for overall results in respective area of responsibility. Authority to make independent decisions on matters of significance. Requires high degree of independent judgment and problem solving of complex problems.

Briefly describe an example of the position's responsibility for independent judgment.

HF coordinator should be able to determine which HF grant (of the 5 types) is suitable for an applicant's circumstance as well as to be able to make a independent judgment concerning the financial assistance needed amount for an applicant and recommend how best to complete the forms.

**Skills:** Describe the type and level of skills required to handle the job's responsibilities.
**NOTE:** *Basic* refers to learning or being in the early stages of the skill
*Intermediate* refers to being able to apply what you have learned to the job
*Advanced* refers to being able to interpret and teach others in relation to the skill

*Example:* **Analytical** – Ability to assess a situation, seek multiple perspectives, and, if necessary, gather more information to arrive at an appropriate solution.

| Type (Please Describe) | Basic | Intermediate | Advanced |
|---|---|---|---|
| **Analytical:** Select most appropriate type of grant, calculate lost hours amounts, PTO bank, budget | ○ | ● | ○ |
| **Project/Process Management:** Processes a complex grant application process that moves from applications to back-up paperwork, tax forms, committee presentation, requisition for checks, distribution of checks to associates all over a 1 week time-frame. | ○ | ● | ○ |
| **Computer/Technical:** Reports, spread sheets, word documents, card catalogue. | ● | ○ | ○ |
| **Office/Administrative Support:** Grant forms, copying paperwork, filing applications, card catalogue of prior usage. | ○ | ● | ○ |
| **Equipment Operation:** photocopying | ● | ○ | ○ |
| **Written and Oral Communications:** Establish trust with grant applicants; present requests to the committee each week; tell associates "yes" or "no" based on committee decisions. Be diplomatic and caring in words and demeanor. | ○ | ● | ○ |
| **Other 1:** Customer service, listening, empathy, people skills, diplomatic. Has to say no in a diplomatic way to associates that are denied assistance. | ○ | ○ | ● |
| **Other 2:** leadership skills for guiding the committee process; helping with Humanitarian Fund Campaign stories. | ○ | ● | ○ |

| | |
|---|---|
| **Additional Information:** Please describe as clearly and concisely as possible any additional information that would be important to fully understand the role, responsibilities, nature and scope of the job. | |
| Provide additional information if desired. HF coordinator should be able to multi-task, well-informed on leave of absence requirements and HR policies regarding PTO, short-term and long-term disability. Exemplify a caring and compassionate attitude toward associates who are in a difficult situation. Present clearly and concisely to the Humanitarian Fund committee each week. | |
| **Supervisory Comments:** Any comments or additional information related to the position. | |
| Provide additional information if desired. This position is more complex than it initially appears. Good management skills needed as well as diplomacy and a caring spirit to convey to associates. | |
| Please sign below and send to Human Resources. | |

*I certify that I have completed the attached questionnaire to the best of my ability and believe it accurately reflects the work as I am performing today.*

| Associate Signature | Joyce Goodwin | Date | 02/14/2019 |
|---|---|---|---|

*I have reviewed the statements on this document and certify to their accuracy.*

| Supervisor Signature | Niels French | Date | 02/14/2019 |
|---|---|---|---|

SAVE PDQ    PRINT PDQ