# **EXHIBIT 12**

Pro Se Lawsuit: Plaintiff Joyce Goodwin



**ASSOCIATE'S NAME** Joyce Goodwin

**DATE: 12.29.17**

## Job Description

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Administrative Assistant | **POSITION TITLE:** | Administrative Assistant, |
| **EXEMPT/NON-EXEMPT:** | Non- Exempt | **UNIT/DEPARTMENT:** | Center of Excellence |
| **GRADE:** | 8 | **HOSPITAL/FACILITY:** | MH- System |
| **JOB NUMBER:** | 60000091 | **REPORTS TO:** | **RHONDA GILLIGAN-GILLESPIE** |
| **JOB FAMILY:** | ADMS | | |

### JOB SUMMARY:
- Responsible for providing clerical, secretarial, and administrative support as required by the department. Uses independent judgment to plan, prioritize, and organize a diverse workload. Interacts with a wide variety of internal and external customers. Models appropriate behavior as exemplified in **MLH Mission, Vision and Values.**

### EDUCATION/TRAINING REQUIRED:
- High school diploma or equivalent.

### RELEVANT EXPERIENCE REQUIRED:
- Two years clerical experience to include work in MS Office. Must be proficient in the Microsoft Office program or programs (Word, Excel, PowerPoint) as indicated in the specific function within the department.
- Skill and proficiency in performing secretarial responsibilities such as typing and letter composition.
- Skill and proficiency in oral and written communication including spelling, grammar, punctuation, and composition.
- Proficient in use of basic office equipment; multi-line phones; and data entry.
- Demonstrated organizational skills with ability to set priorities and meet deadlines.
- Ability to evaluate problematic situations and be able to adapt, respond to, and/or notify/advise appropriate staff in order to resolve the situation/issue.
- Demonstrates discretion in dealing with confidential information and sensitive issues.
- Proven record of providing excellent customer service both internally and externally.

### PATIENT GROUPS SERVED:
- ☐ Neonates (0-28 days)          ☐ Children (2-12 years)           ☐ Adults (18-64 years)              ☐ All Patient Groups
- ☐ Infants (29 days – 23 months) ☐ Adolescents (13-17 years)       ☐ Geriatrics (65 years and older)   ☐ N/A

### PHYSICAL DEMANDS/CONDITIONS:
- The physical activities of this position may include climbing, pushing, standing, hearing, walking, reaching, grasping, kneeling, stooping, and repetitive motion.
- Must have good balance and coordination.
- The physical requirements of this position are: light work - exerting up to 25 lbs. of force occasionally and/or up to 10 lbs. of force frequently.
- The Associate is required to have close visual acuity to perform an activity, such as preparing and analyzing data and figures; transcribing; viewing a computer terminal; or extensive reading.
- The conditions to which the Associate will be subject in this position: The Associate is not substantially exposed to adverse environmental conditions; job functions are typically performed under conditions such as those found in general office or administrative work.
- May be required to travel between Methodist LeBonheur Healthcare hospitals.

### INTERNAL CONTACTS:
- Interaction with hospital administration, department heads and other Associates while providing information and assistance.
- Occasional interaction with patients/patients' family members.
- May have interaction with physicians and their staff.

### EXTERNAL CONTACTS:
- Frequent interaction with vendors, patient family members and other area hospital ad
- Frequent interaction with the public in scheduling appointments and screening visitor:
- Frequent interaction with outside agencies and representatives in coordinating activit
- May have interaction with physicians and physician office staff.

Exhib. 7
K - 4 pgsc

### SUPERVISION PROVIDED BY THIS POSITION TITLE:
- There are no lead or supervisory responsibilities assigned to this position.

### STATEMENT OF NON-INCLUSIVITY:
- This job description is not to be construed as a complete listing of the duties and responsibilities that may be given to any employee. The duties and responsibilities outlined in this position may be added to or changed when deemed appropriate and necessary by the person who is managerially responsible for this position.

APPROVAL (S)

Date: 6//26/08 FINAL
☐ New    ☒ Revised

MANAGER/DIRECTOR SIGNATURE: _____ DATE: 12-29-17

PAGE: 1of 3

## Performance Appraisal

**Instructions**
1) Rate each standard using one performance level rating from the current year guide chart (located on the cover sheet and on MOLLI).
2) Average the rating for each standard to get overall average for the job function.
3) Multiply average by % to get score for the function.

| Job Functions - Administrative Assistant | Supervisory Assessment | | |
|---|---|---|---|
| | Rating | x % Wt. | = Score |
| **1. Types and/or prepares correspondence and/or materials for the department using Microsoft Office programs.**<br><br>**Standards:**<br>• Types or transcribes letters, memos, reports, or other documents from handwritten notes, rough drafts or dictation, in a professional and timely manner.<br>• Corrects grammar, punctuation and spelling and changes or makes suggestions on word usage when appropriate.<br>• Composes routine correspondence and other documents whenever possible for review.<br>• Proofs all typed materials to ensure accuracy.<br><br>**Comments/Examples:**<br>Joyce is an excellent example of taking ownership of her work role and responsibilities. She keeps up with various correspondence on behalf of the CPE program and the COE. She is the new Humanitarian Fund Coordinator and has received a High Five from her co-workers. | 3.00<br>Avg | 10 | 30.00<br>Score |
| **2. Offers assistance to visitors, answers the telephone, and handles mail for the department.**<br><br>**Standards:**<br>• Courteously greets visitors and other customers, determines their needs and provides information or directs them to the appropriate person.<br>• Answers the telephone and screens calls in a timely, courteous manner. Obtains information required for response to the caller. Direct calls as appropriate to other parties, and/or takes accurate messages.<br>• Sorts, prepares, and delivers incoming/outgoing mail.<br>  • Serves as a resource for the department in answering questions, researching issues, and resolving problems.<br><br>**Comments/Examples:**<br>Joyce demonstrates excellence customer service skills and is always advocating for the customers she serves. She assists perspective CPE students in the application process and offers a compassionate and professional presence to associates in need of assistance through the Humanitarian Fund. | 3.0<br>Avg | 30 | 90.00<br>Score |
| **3. Performs administrative, scheduling and support functions for the department.**<br><br>**Standards:**<br>• Schedules appointments and meetings as requested in a courteous, appropriate and efficient manner.<br>• Schedules and arranges meeting rooms including order and set-up of equipment, catering, or other needs as directed.<br>• Prepares materials, agendas, and meeting notices; distributes meeting information and materials.<br>• Prepares and transcribes meeting minutes, as requested.<br>• Makes travel and hotel arrangements in accordance with standard policy, as needed.<br>• Coordinates or assists with coordination of activities and events supporting department objectives.<br><br>**Comments/Examples:**<br>Joyce demonstrates best practices in her actions on behalf of the CPE department, the COE and the Humanitarian Fund. | 3.0<br>Avg | 40 | 120.00<br>Score |

## Performance Appraisal

| Job Functions - Administrative Assistant | Supervisory Assessment | | |
|---|---|---|---|
| | Rating | x % Wt. | = Score |
| **4. Orders and maintains supplies, materials, equipment, etc., for the department.**<br><br>**Standards:**<br>• Monitors utilization of materials and office supplies, orders supplies to ensure adequate inventory, and ensures adherence to budget.<br>• Monitors condition of office equipment and common areas and takes personal responsibility to resolve problems in a timely manner.<br><br>**Comments/Examples:**<br>Joyce maintains a consistent awareness of the office supplies and when they need to be re-ordered. She prepares the paperwork and/or places the order after discussing the various supply needs with me | 3.00<br>Avg | 5 | 15.00<br>Score |
| **5. Maintains various departmental records in compliance with department policy, hospital policy and/or governmental regulations.**<br><br>**Standards:**<br>• Ensures accurate maintenance of departmental records, logs, manuals, and documents.<br>• Retrieves and locates information from electronic or manual filing systems.<br>• Keeps filing current and purges or stores files on a regular basis.<br>• Collects and enters data for departmental reports; runs reports in accordance with departmental needs.<br>• Assures incoming communication is appropriately dispersed.<br><br>**Comments/Examples:**<br>Joyce maintains the educational records for the CPE program in a highly efficient manner. They are well organized and easily accessible. | 3.00<br>Avg | 5 | 15.00<br>Score |
| **6. Performs various office support duties specific to the department assigned (check all that apply). This section <u>must constitute at least 10% of job duties</u> or considered "Other job duties."**<br><br>• Assists with review of budget statements and expenditures for the cost center for accuracy and content; researches and resolves issues.<br>• Performs functions related to medical billing that may include insurance verification, posting charges and receipts, collection/submission of billing documentation, or other medical billing related functions.<br>• Performs functions related to patient registration process that may include demographic and insurance information, service authorization, referral documentation, collecting patient co-pays or other patient registration functions.<br>• Serves as department resource for IS requests, training others in use of departmental software. May be the designated superuser of departmental database(s).<br><br>**Comments/Examples:**<br>Joyce is very responsible in placing IT tickets and ensuring the request is done promptly. She keeps me updated as to the status of various projects that are ongoing in the CPE department or COE. | 3.00<br>Avg | 7.5 | 22.5<br>Score |
| **7. Performs other job functions as requested or assigned (less than 10% of time).**<br><br>**Comments/Examples:**<br>Overall, Joyce has a visible engagement in her work and is committed to maintaining the vision of the Faith and Health Division. | 3.00<br>Avg | 2.5 | 7.50<br>Score |
| Totals | | 100 | 300.00 |

| | Needs Development | Meets Expectations | | Exceeds Expectations | |
|---|---|---|---|---|---|
| **INNOVATION** | 1 __ _ | 2 ___ | Is personally willing change. | 3 | 3.00 |
| *We are a learning organization and embrace new ways to get better results.* | 1 ___ | 2 ___ | Is curious and openly seeks new approaches, processes, technology and practices to improve outcomes. | 3 | 3.00 |
| | 1 ___ | 2 ___ | Makes connections and collaborates with patients, families and the team to implement new ways of improving the health care experience. | 3 | 3.00 |

**Total Points Innovation_____9.00_____ ÷ 3 =__3.00**
**Check Appropriate Rating Box Below for INNOVATION:**

| 1.0 - 1.4 | Needs Development* |
|---|---|
| 1.5 – 2.4 | Meets Expectations |
| 2.5 – 3.0 | Exceeds Expectations |

*Requires Written Evaluation Plan

Provide examples to support rating:

Joy is eager to learn about her job and is open to change. She embodies our core value of curiosity. She seeks to streamline processes and maintains excellent files for the CPE program. Joyce reaches out to those who are in need of directions and easily collaborates with patients and families in the Care Center or COE in order to increase their patient satisfaction. She looks for ways to improve communication and structures within the CPE program.

Provide appreciation, feedback and development (or improvement) plan for Innovation behaviors:

Joyce's curiosity and ability to make connections with others allows her to seek innovative ways to improve customer's experience.