# EXHIBIT 13

Pro Se Lawsuit: Plaintiff Joyce Goodwin

JOYCE

# METHODIST HEALTHCARE

## ASSOCIATE PERFORMANCE EVALUATION

PERSONNEL NUMBER  143534  NAME Goodwin Joyce A

COST CENTER 0200 - 18342  DATE 10/16/2018
RETURN TO PAYROLL BY 11/30/2018  <--NOTE

DATE OF EMPLOYMENT 11/02/2015  POSITION Administrative Assistant A/HRS 80.00

### SALARY INFORMATION

| PRESENT RATE | | EFFECTIVE DATE | 12/25/2016 | 12/11/2016 | 11/13/2016 | 11/02/2015 |
|---|---|---|---|---|---|---|
| GRADE | BASE RATE | HOURLY RATE | 17.14 | 17.14 | 17.14 | 16.56 |
| 08 | 17.74 | | | | | |
| REASON | COMPA-RATIO | REASON | Transfer | Transfer | Merit Increase | New Hire, Rehir |
| Merit Increase | 112% | | | | | |
| EFFECTIVE DATE 11/12/2017 | | POSITION TITLE | Administrative Assis | Administrative Assis | Administrative Assis | Administrative Assis |

GRADE RANGE MIN - 12.64  MID - 15.89 MAX - 19.13

REVIEW PERIOD FROM _____ TO _____

II

How long has the Associate been in the present position? __2 YEARS__

How long has the Associate been under your supervision? __2 YEARS__

Performance Level: Exceeds expectations ✓  Meets expectations ____  Needs improvement ____

Recommended Increase: __1.75__.  New Rate: $ __18.05__ /hr.

Effective Date: 11/11/2018

Date: 11-29-18  [signature] Associate

Date: _____  Dept.Director or Manager

Exhibit L
8 pages

FOR PAYROLL USE ONLY

Updated:  DATE: ____
TIME: ____
BY: ____
Retro Pay: YES: ____
NO: ____

Date: 29 NOV 18  [signature] Supervisor
Date: 11/30/18  [signature] Administrator

**PART 2: PERFORMANCE EVALUATION**
Values and Guiding Behaviors
Non-Supervisory Associates

**Methodist.**
*Le Bonheur Healthcare*

Associate Name: JOYCE GOODWIN

Personnel Number: 143534

Date: 28-NOVEMBER 2018

### Our Mission
Methodist Le Bonheur Healthcare, in partnership with its medical staffs, will collaborate with patients and their families to be the leader in providing high quality, cost-effective patient-and family-centered care. Services will be provided in a manner which supports the health ministries and Social Principles of The United Methodist Church to benefit the communities we serve.

### Our Vision
Methodist Le Bonheur Healthcare is a faith-based healthcare system that, in partnership with its physicians, will be nationally recognized for delivering outstanding care to each patient, achieved through collaboration with patients and their families.

### Our Values
**SERVICE, QUALITY, INTEGRITY, TEAMWORK, INNOVATION**

| Performance Rating | Points | Rating Definition |
|---|---|---|
| **Needs Development** N | 1 | Performance does not consistently meet the standards and expectations of the job. Associate requires supervision to complete routine tasks and functions. Associate needs additional training, coaching or experience to the meet expectations of the job. Associate's actions and demeanor are not always consistent with the MLH Values and Guiding Behaviors. |
| **Meets Expectations** M | 2 | Performance consistently meets the standards and expectations of the job. Associate is fully competent, performs the job well and produces substantial and meaningful results. Associate's knowledge and skills are respected. Associate is a team player who models service, is focused on quality outcomes and maintains expected standards of integrity. Associate is a willing learner and is open to change. Associate consistently demonstrates the MLH Values and Guiding Behaviors. |
| | | |
| **Exceeds Expectations** E | 3 | Associate's performance far exceeds the normal job requirements by expanding the scope and impact of the job. Associate's demeanor and actions always exemplify the Methodist Le Bonheur Values and Guiding Behaviors. The Associate is recognized as a role model for others and leads by example. |

Edit 12.21.11

**PART 2: PERFORMANCE EVALUATION**
**Values and Guiding Behaviors**
Non-Supervisory Associates

Associate Name: _JOYCE GOODWIN_

Personnel Number: _143534_

Date: _28-NOVEMBER 2018_

|  | Needs Development | Meets Expectations |  | Exceeds Expectations |  |
|---|---|---|---|---|---|
| **Service** *Patients and families are the heart of all we do.* | 1 ___ | 2 ___ | Serves with a compassionate spirit and treats others with dignity and respect. | 3 | _3_ |
|  | 1 ___ | 2 ___ | Accepts and values differences among people. | 3 | _3_ |
|  | 1 ___ | 2 ___ | Listens to understand and meet the needs of patients and families. | 3 | _3_ |

Total Points for Service ___9___ ÷ 3 = ___3___

Check Appropriate Rating Box Below for SERVICE

| 1.0 - 1.4 | Needs Development* |
|---|---|
| 1.5 – 2.4 | Meets Expectations |
| 2.5 – 3.0 | Exceeds Expectations |

*Requires written improvement plan.

Provide examples to support rating:

Understands well the mission and spirit of the organization.
Understands well the principles and priority of the faith-based and patient family care and care of associates philosophy.
Always willing and eager to serve in all situations.

Provide appreciation, feedback and development (or improvement) plan for Service behaviors:

Excellent
Helps Associates to plan and identify resources for assistance.

Edit 12.21.11

**PART 2: PERFORMANCE EVALUATION**
**Values and Guiding Behaviors**
Non-Supervisory Associates

Associate Name: _JOYCE GOODWIN_

Personnel Number: _143534_

Date: _28-NOVEMBER 2018_

| | Needs Development | | Meets Expectations | | | Exceeds Expectations | |
|---|---|---|---|---|---|---|---|
| **Quality** | 1 | ___ | 2 | ___ | Maintains respectful partnerships with our patients, families and other staff members to provide safe, reliable care. | 3 | _3_ |
| *We consistently provide the highest quality care through safe, proven practices.* | 1 | ___ | 2 | _2.5_ | Openly shares information with patients, families and colleagues to achieve the best results. | 3 | ___ |
| | 1 | ___ | 2 | ___ | Seeks out best practices and takes ownership for applying them. | 3 | _3_ |

Total Points for Quality __8.5__ ÷ 3 = __2.83__

Check Appropriate Rating Box Below for QUALITY :

| 1.0 - 1.4 | Needs Development* |
|---|---|
| 1.5 – 2.4 | Meets Expectations |
| 2.5 – 3.0 | Exceeds Expectations |

*Requires Written Improvement Plan

Provide examples to support rating:

Professional presence and manner.
Willing to serve and understands patients, families and associates.

Provide appreciation, feedback and development (or improvement) plan for Quality behaviors:

No complaints and everyone appreciates Joyce's spirit and presence.

Edit 12.21.11

**PART 2: PERFORMANCE EVALUATION**  
**Values and Guiding Behaviors**  
Non-Supervisory Associates

Associate Name: __JOYCE GOODWIN__

Personnel Number: __143534__

Date: __28-NOVEMBER 2018__

| | Needs Development | | Meets Expectations | | | Exceeds Expectations | |
|---|---|---|---|---|---|---|---|
| **Integrity** <br><br> *We accept and honor the trust placed in us through our faith-based mission.* | 1 | —— | 2 | —— | Follows through on commitments. | 3 | _3_ |
| | 1 | —— | 2 | —— | Holds self and others accountable for actions and outcomes in the care of our patients, their families and each other. | 3 | _3_ |
| | 1 | —— | 2 | _2.5_ | Does the right thing. | 3 | —— |

Total Points for Integrity __8.5__ ÷ 3 = __2.83__

Check Appropriate Rating Box Below for INTEGRITY:

| 1.0 - 1.4 | Needs Development* |
|---|---|
| 1.5 – 2.4 | Meets Expectations |
| 2.5 – 3.0 | Exceeds Expectations |

*Requires Written Improvement Plan

Provide examples to support rating:

Keeps up well with complex requests, calls, situations and scheduling.  
Plans ahead to avoid scheduling conflicts for holidays, etc.  
Excellent people skills

Provide appreciation, feedback and development (or improvement) plan for Integrity behaviors:

Joyce does the right thing consistently.  
Excellent job at finding balance for personal care and professional guidelines for Humanitarian Fund.

Edit 12.21.11

**PART 2: PERFORMANCE EVALUATION**  
**Values and Guiding Behaviors**  
Non-Supervisory Associates

Associate Name: _JOYCE GOODWIN_

Personnel Number: _143534_

Date: _28-NOVEMBER 2018_

|  | Needs Development | Meets Expectations |  | Exceeds Expectations |
|---|---|---|---|---|
| **Teamwork**  *Together we are better.* | 1 ___ | 2 ___ | Takes personal responsibility for working as part of a team to support patients and families. | 3  _3_ |
|  | 1 ___ | 2 ___ | Is willing to provide feedback, to be coached and to coach others for high performance. | 3  _3_ |
|  | 1 ___ | 2 ___ | Recognizes the contributions of every individual, shows appreciation and celebrates success. | 3  _3_ |

Total Points for Teamwork __9__ ÷ 3 = __3__

Check Appropriate Rating Box Below for TEAMWORK:

| 1.0- 1.4 | Needs Development* |
|---|---|
| 1.5 – 2.4 | Meets Expectations |
| 2.5 – 3.0 | Exceeds Expectations |

*Requires Written Improvement Plan

Provide examples to support rating:

Participates in system, division and unit activities.  
Open and flexible.  
Provides positive reinforcement and encouragement to other associates.

Provide appreciation, feedback and development (or improvement) plan for TEAMWORK behaviors:

Excellent teamwork behavior and has full trust of Humanitarian Fund committee.

Edit 12.21.11

**PERFORMANCE EVALUATION –**
**Values and Guiding Behaviors**
Non-Supervisory Associates

Associate Name: _JOYCE GOODWIN_

Personnel Number: _143534_

Date: _28-NOVEMBER 2018_

| | Needs Development | | Meets Expectations | | | Exceeds Expectations | |
|---|---|---|---|---|---|---|---|
| **INNOVATION** | 1 | _ _ | 2 | _2.5_ | Is personally willing change. | 3 | |
| *We are a learning organization and embrace new ways to get better results.* | 1 | ___ | 2 | _2_ | Is curious and openly seeks new approaches, processes, technology and practices to improve outcomes. | 3 | ___ |
| | 1 | ___ | 2 | _2.5_ | Collaborates with patients, families and the team to implement new ways of improving the health care experience. | 3 | ___ |

Total Points Innovation____7.0_____ ÷ 3 =___2.3_____
Check Appropriate Rating Box Below for INNOVATION:

| 1.0 – 1.4 | Needs Development* |
| 1.5 – 2.4 | Meets Expectations |
| 2.5 – 3.0 | Exceeds Expectations |

*Requires Written Evaluation Plan

Provide examples to support rating:

Helps in many ways with plans and direction of the Humanitarian Fund.

Provide appreciation, feedback and development (or improvement) plan for Innovation behaviors:

We will continue to work in 2019 to streamline Humanitarian Fund application process and paperwork as well as working on good list of other community services for associates.


**Methodist.**
Le Bonheur Healthcare

Associate Name  **JOYCE GOODWIN**

Associate Personnel Number  **143534**

## Part 3
### Performance Evaluation Summary, Rating and Overall Development Plan
**Non-Supervisory Associates**

Date clinical competency assessment completed: _____ n/a _____
(Maintain clinical competency record in department file. Do not forward to Human Resources.)

Enter average rating for each section of Part 2-
Values and Guiding Behaviors

| | |
|---|---|
| Average for Service | 3 |
| Average for Quality | 2.83 |
| Average for Integrity | 2.83 |
| Average for Teamwork | 3 |
| Average for Innovation | 2.3 |
| (Total All Scores above and ÷ 5) Average for values and guiding behaviors: | 2.79 |
| (Multiple by 100) Total Points Part 2 | 279 |

Enter Total Points from Part 1 – Job Performance  267
Add Total Points from Part 2- Values  279
**TOTAL PERFORMANCE POINTS**  546

200-334 = Needs Development*
335-534 = Meets Expectations
535-600 = Exceeds Expectations    546

*Rating of "Needs Development" requires written performance improvement plan.

**OVERALL PERFORMANCE RATING    EXCEEDS**

**Leader Comments and Overall Development Plan:**

EXCELLENT ATTITUDE AND SERVICE SPIRIT
A JOY TO WORK WITH EVERY DAY

**Associate Comments:**

Associate Signature _____  Date: 11-29-18
I understand that my signature does not represent agreement with the evaluation, only acknowledgement that it has been reviewed with me.

Supervising Leader Signature _____  Date: 29-Nov-18
I confirm that this evaluation has been reviewed and approved by my supervisor and discussed with the Associate.

Level Up Leader Signature: _____  Date: 11/30/18

12.16.12