# EXHIBIT 14

Pro Se Lawsuit: Plaintiff Joyce Goodwin

# METHODIST HEALTHCARE

## ASSOCIATE PERFORMANCE EVALUATION

PERSONNEL NUMBER   143534   NAME Goodwin Joyce A

COST CENTER 0100 - 99250   DATE 10/02/2019
RETURN TO PAYROLL BY 11/30/2019   <--NOTE

DATE OF EMPLOYMENT 11/02/2015   POSITION Humanitarian Fund Coordin A/HRS 64.00

### SALARY INFORMATION

| PRESENT RATE | | EFFECTIVE DATE | 08/04/2019 | 05/26/2019 | 11/12/2018 | 11/11/2018 |
|---|---|---|---|---|---|---|
| GRADE | BASE RATE | HOURLY RATE | 19.85 | 19.85 | 18.05 | 17.74 |
| 11 | 20.10 | | | | | |
| REASON Adjustment | COMPA-RATIO 92% | REASON | Transfer | Promotion | Merit Increase | Transfer |
| EFFECTIVE DATE 09/15/2019 | | POSITION TITLE | Humanitarian Fund Co | Humanitarian Fund Co | Administrative Assis | Administrative Assis |

REVIEW PERIOD FROM 1 NOV 19 TO 30 OCT 2019

GRADE RANGE MIN - 17.50   MID - 21.78 MAX - 26.06

II

How long has the Associate been in the present position? __3 YEARS__

How long has the Associate been under your supervision? __3 YEARS__

Performance Level: Exceeds expectations ___  Meets expectations ✓  Needs improvement ___

Recommended Increase: __3.5__ %   New Rate: $ __20.80__ /hr.

Effective Date: 11/10/2019

Date: 10-9-19 _____  Associate

Date: _____  Dept. Director or Manager

Exhibit M 5p55

FOR PAYROLL USE ONLY

Updated: DATE: _____
TIME: _____
BY: _____
Retro Pay: YES: _____
NO: _____

ate: 9-OCT 19 _____
Date: 18/09/19 _____ Administrator

ORIGINAL COPY



**Methodist.** Le Bonheur Healthcare

Annual Performance Evaluation
[Associates]

| | |
|---|---|
| Associate Name: | JOYCE GOODWIN |
| Personnel Number: | 143534 |
| Date: | 10/09/2019 |
| Job Title: | HUMANITARIAN FUND COORDINATOR |

### Rating Descriptions:

| | |
|---|---|
| **1 - Needs Development (N)** | Performance does not consistently meet the standards and expectations of the job. Associate requires supervision to complete routine tasks and functions. Associate needs additional training, coaching or experience to the meet expectations of the job. Associate's actions and demeanor are not always consistent with the MLH Values and Guiding Behaviors. |
| **2 - Meets Expectations (M)** | Performance consistently meets the standards and expectations of the job. Associate is fully competent, performs the job well and produces substantial and meaningful results. Associate's knowledge and skills are respected. Associate is a team player who models service, is focused on quality outcomes and maintains expected standards of integrity. Associate is a willing learner and is open to change. Associate consistently demonstrates the MLH Values and Guiding Behaviors. |
| **3 - Exceeds Expectations (E)** | Associate's performance far exceeds the normal job requirements by expanding the scope and impact of the job. Associate's demeanor and actions always exemplify the Methodist Le Bonheur Values and Guiding Behaviors. The Associate is recognized as a role model for others and leads by example. |

### Section 1 - Job Responsibilities

Refer to the Associate's Job Description to assign ratings in this section.

Rating: 1 = Needs Development; 2 = Meets Expectations; 3 = Exceeds Expectations

| | Rating |
|---|---|
| Demonstrates the technical/clinical/professional knowledge, skills and abilities to perform the job functions of the position held. | 3.00 |
| Performs job responsibilities with accuracy and completeness. | 3.00 |
| Uses time and resources efficiently and effectively in the performance of job responsibilities | 2.50 |
| Follows established guidelines and policies related to job responsibilities. | 3.00 |
| Total Score: 12      ÷ 4 = 2.88      multiply by 100 = | 288 |

**Job Responsibilities Section – Appreciative Feedback and Areas for Development:**

Efficient and organized.
Relates well with associates, families and committee.
Organizes efficiently dealing with complex associate social cases and multiple grants.

| | | | |
|---|---|---|---|
| Associate and Leader have reviewed the current job description. | Associate Initials | Leader Initials | NF |
| Completed annual competency assessment, if applicable. | Associate Initials | Leader Initials | NF |

Methodist Le Bonheur Healthcare

Annual Performance Evaluation [Associates]

Associate Name: JOYCE GOODWIN

Personnel Number: 10/09/2019

Date: 143534

Job Title: HUMANITARIAN FUND COORDINATOR

## Section 2 – Values and Guiding Behaviors

**Rating: 1 = Needs Development; 2 = Meets Expectations; 3 = Exceeds Expectations**

| | | Rating |
|---|---|---|
| **Service**<br>Patients and families are the heart of all we do. | • Serves with a compassionate spirit and treats others with dignity and respect.<br>• Accepts and values differences among people.<br>• Listens to understand and anticipate the needs of patients and families. | 3.00 |
| **Quality**<br>We consistently provide the highest quality through safe, proven practices. | • Maintains respectful partnerships with our patients, families and other staff members to provide safe, reliable care.<br>• Openly shares information with patients, families and colleagues to achieve the best results.<br>• Seeks out best practices and takes ownership for applying them. | 2.50 |
| **Integrity**<br>We accept and honor the trust placed in us through our faith-based mission. | • Follows through and honors commitments.<br>• Holds self and others accountable for actions and outcomes in the care of our patients, their families and each other.<br>• Does the right thing. | 3.00 |
| **Teamwork**<br>Together we are better. | • Takes personal responsibility for working as part of a team to support patients and families.<br>• Is willing to provide feedback, to be coached and to coach others for high performance.<br>• Recognizes the contributions of every individual, shows appreciation and celebrates success. | 2.50 |
| **Innovation**<br>We are a learning organization and embrace new ways to get better results. | • Is personally willing to change<br>• Is curious and openly seeks new approaches, processes, technology and practices to improve outcomes.<br>• Makes connections and collaborates with patients, families and the team to implement new ways of improving the health care experience. | 2.50 |
| | Total Score: 14 ÷ 5 = 2.70 multiply by 100 = | 270 |

**Values and Guiding Behaviors Section - Appreciative Feedback and Areas for Development:**

Provides positive reinforcement and encouragement to associates.
Receives regular High Five notes and thank you cards from associates.

Future growth in assisting with Humanitarian Fund campaign and doing site visit to raise awareness with different service lines about the Fund throughout the system.



**Methodist** Le Bonheur Healthcare

Annual Performance Evaluation
[Associates]

| | |
|---|---|
| Associate Name: | JOYCE GOODWIN |
| Personnel Number: | 143534 |
| Date: | 10/09/2019 |
| Job Title: | HUMANITARIAN FUND COORDINATOR |

### Section 3 – Development Plan

**Individual Goal(s) (for next 12 month period - using SMART criteria)**

Site visits
HF campaign assistance
Securing additional outside resources for associates.

**Career Development (summary of discussion - educational and career goals)**

May pursue additional education in the area of Counseling if time and resources permit.

**Associate Comments**

**Methodist.**
La Bonheur Healthcare

Annual Performance Evaluation
[Associates]

| | |
|---|---|
| Associate Name: | JOYCE GOODWIN |
| Personnel Number: | 143534 |
| Date: | 10/09/2019 |
| Job Title: | HUMANITARIAN FUND COORDINATOR |

### Section 4 – Evaluation Score

| | | |
|---|---|---|
| Needs Development* | 200 - 334 | Total Points from Section 1 (Job Performance): 288 |
| Meets Expectations | 335 - 534 | Add Total Points from Section 2 (Values & Guiding Behavior): 270 |
| Exceeds Expectations | 535 - 600 | Total Performance Points: 558 |
| *Rating of Needs Development requires a written performance improvement plan | | |

### Overall Performance Rating:

Exceeds Expectations

**Associate Signature** _[signature]_   Date 10/09/2019

*I understand that my signature does not represent agreement with the evaluation, only acknowledgement that it has been reviewed with me.*

**Supervising Leader Signature** _[signature]_   Date 10/09/2019

**Level Up Leader Signature** _[signature]_   Date 10/09/19