# EXHIBIT 16

Pro Se Lawsuit: Plaintiff Joyce Goodwin

## Joyce Goodwin

**From:** Joyce Goodwin
**Sent:** Friday, June 8, 2018 6:08 PM
**To:** Rhonda Gilligan-Gillespie
**Subject:** RE: Understanding

Rhonda,

I don't recall you informing me that we are in our busiest times. The busiest times you write about within your below message is when you conveyed to Niels and I that you will need my help once a year when the residents are coming aboard, in September, This is the first time in the CPE department that a summer intern program has took place therefore how would I know ahead of time the directions you are going to take with a new program. I have never printed out handbooks for fall interns before so how am I to know you would proclaim the summer interns will be a busy time as yearly residents, when a summer program has never happen before. I don't mind doing any task place before me however If I don't know the direction you are trying to take I am not able to accomplish any task. Going forward I know now you have two busiest times that will take me away from the Humanitarian Fund when residents are coming and when summer interns are coming. Thanks

Joyce

**From:** Rhonda Gilligan-Gillespie
**Sent:** Friday, June 8, 2018 2:20 PM
**To:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Subject:** Understanding

Dear Joyce,

Although I have shared with you a couple of times in the last two weeks that we are in our busiest time of the year as we onboard residents and interns (while updating the handbook), I just wanted to continue to make you aware of it. While doing these activities (onboarding students and producing the student handbook) we are at capacity, meaning that the two of us need to focus most, if not all, of our attention on CPE. Thank you for your understanding.

Since we are in our "busiest time" I contacted Mr. French and rescheduled your time on Monday from the Humanitarian Fund to CPE. The ability to claim extra time for CPE during our busiest times of the year was a part of the original agreement that Mr. French and I came to at the onset of your dual employment.

Many thanks for your help, Rhonda

**Rhonda Gilligan-Gillespie, M.Div., BCC, ACPE Certified Educator**
**Director of Clinical Pastoral Education**
**Associate Director, Center of Excellence in Faith and Health**



1265 Union Avenue
1 Tower, Center of Excellence
Memphis, Tennessee 38104
direct 901.516.8786| Fax 901.516.7896

Exhibit O-1