# EXHIBIT 17

Pro Se Lawsuit: Plaintiff Joyce Goodwin

## Joyce Goodwin

**From:** Joyce Goodwin
**Sent:** Tuesday, June 12, 2018 7:35 AM
**To:** Rhonda Gilligan-Gillespie
**Subject:** RE: Handbooks

Exhibit O-2
2 Pages

Rhonda,

The Handbooks are already done per my text to you yesterday my email was sent to you before you left yesterday, since you inform me to go ahead and print them on the 8th floor I had already printed them. I meant no harm and asking the question I just wanted to make certain you were okay with me printing the handbooks on the 8th floor when the copier was creating lines going through the pages. and for as hole punching them I wanted to be clear as well that you wanted the handbooks to be punched when you will be inserting other pages within the handbook (organization charts, Faith and Health Policy, Cerner training, etc.) . Thanks

Joyce

**From:** Rhonda Gilligan-Gillespie
**Sent:** Tuesday, June 12, 2018 6:37 AM
**To:** Joyce Goodwin
**Subject:** Handbooks

Yes. As I have said serveral times I need them today. I mentioned very specifically before I left that they needed to be printed yesterday. I told you I did not have the COE printer on my computer on the 8th floor. I also told you that you could copy the handbooks on the COE printer if that was easier. I need the handbooks by 8:30 am today. Rhonda

**From:** Joyce Goodwin
**Sent:** Monday, June 11, 2018 3:17:40 PM
**To:** Rhonda Gilligan-Gillespie
**Subject:** RE:

Okay since you have ask me to make the 3 copies on the 8th floor, remember the 8th floor copier is putting lines through the pages, that is why you wanted to print them out over at the COE tomorrow after lunch. You were looking checking your computer to find out if you had the COE printer so you could send the copies to the COE copier . I guess you didn't have it since you decided to go ahead and copy the 3 books over here. Also you did want me to hole punch the 3 copiers correct?

Joyce

**From:** Rhonda Gilligan-Gillespie
**Sent:** Monday, June 11, 2018 2:56 PM
**To:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Subject:**

Thank you for your help today with the handbook. I just printed an extra copy of the handbook so you can prepare three student copies. All the best, Rhonda

**Rhonda Gilligan-Gillespie, M.Div., BCC, ACPE Certified Educator**

**Director of Clinical Pastoral Education**
**Associate Director, Center of Excellence in Faith and Health**



1265 Union Avenue
1 Tower, Center of Excellence
Memphis, Tennessee 38104
direct 901.516.8786| Fax 901.516.7896

*Methodist Le Bonheur Healthcare is proud to once again be named among the Top 100 Integrated Healthcare Networks in the country.*

 

2