# **EXHIBIT 18**

Pro Se Lawsuit: Plaintiff Joyce Goodwin



Fri 6/8/2018 7:15 AM
Joyce Goodwin
RE: Thursday afternoon

To: Rhonda Gilligan-Gillespie
Bcc: Bobby Baker - Faith & Health (Bobby.Baker@mlh.org); Kathie Hayes - Admin. Asst. (Kathie.Hayes@mlh.org)

Rhonda,

I was not off on Thursday 6/7/2018, I work in the Humanitarian Fund until it was time for me to go to my doctor's appointment. I informed Niels that I would have to leave to go to my appointment because I work for him on Thursday. I was not aware that I had to inform you of a doctor appointment while in the HF department. Also you express to me to schedule my doctor's appointment on my Humanitarian Fund days. I believe that clarity needs to be given because when I am reporting to Niels at 12:30 on Monday's, the full day on Tuesday's, and Wednesday's I am not aware that I am working for you as well. If so it seems that I am working full time for the CPE department when I should be part time. Task for the Humanitarian Fund is only done on your time (half day Monday, full day on Tuesday and Friday) when you don't have anything for me to do on your scheduled days but it seems you are in belief that I work every day in the CPE department. If it is your wish for me not to do any task for the HF department on your scheduled days when you don't have any task for me to do I will do so but I am unable to do a full time position for the CPE department and take care of my obligations for the Humanitarian department as well.

Joyce

From: Rhonda Gilligan-Gillespie
Sent: Thursday, June 7, 2018 3:32 PM
To: Joyce Goodwin <Joyce.Goodwin@mlh.org>
Subject: Thursday afternoon

I am sorry you are not feeling well. I don't have anything on my calendar about you being off today for a doctor's appointment, but just got a text that you are not able to come back to campus for the rest of the work day. Please take care of yourself. Rhonda

Rhonda Gilligan-Gillespie, M.Div., BCC, ACPE Certified Educator
Director of Clinical Pastoral Education



Exhibit P

**Joyce Goodwin**

**From:** Joyce Goodwin
**Sent:** Thursday, September 06, 2018 5:18 PM
**To:** Rhonda Gilligan-Gillespie
**Subject:** RE: Rafael Barney asking for an update on his interview session
**Attachments:** Consideration Letter- Katherine Ross.doc; Consideration Letter- Dorothy Woods-Burks.doc; Consideration Letter- Rafael Barney.doc; Consideration Letter- Sheila Rhodes.doc

Q — 3 pgs
Exhibit

Rhonda,

The last intern folder you ask me to create was for the summer program and we have taken care of all of them. I gave you a folder with new applicants and you stated you would get back with me with them.

**From:** Rhonda Gilligan-Gillespie
**Sent:** Thursday, September 6, 2018 2:57 PM
**To:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Subject:** Re: Rafael Barney asking for an update on his interview session

The four intern applications are in a folder that i asked you to create. Daigle, Woods—Burke and Barney are in that group- in am asking you again to again draft extended application letters as and send them to me today so i can proof them. Thanks, Rhonda

**From:** Joyce Goodwin
**Sent:** Thursday, September 6, 2018 2:42:18 PM
**To:** Rhonda Gilligan-Gillespie
**Subject:** RE: Rafael Barney asking for an update on his interview session

Rhonda,

I am sorry but I don't recall you asking me to prepare acceptance letters for interns. As I mention below the last acceptance letter you inform me to do was for Mr. Brown and the letter has already been sent. Yesterday you inform me of a acceptance for a residency for Mr. Rafael Barney, and per my text message to you I put the draft letter in your office box but I will email the letter to you as well.

The last request you ask of me concerning a extended program was for Mr. Rowdy Daigle but you interviewed him for Residency however you stated he didn't qualify for a residency.

The last applicant for interns you did interviews with were for the summer program and all of them have been taken care of. Mrs. Dorothy Woods-Burks you put her on the extended list but never gave me instructions to send her a letter. Please inform me as to who these four interns are because I am unable to draft letters for interns if I don't know who they are.

Joyce

**From:** Rhonda Gilligan-Gillespie
**Sent:** Thursday, September 06, 2018 12:09 PM
**To:** Joyce Goodwin
**Subject:** Re: Rafael Barney asking for an update on his interview session

1

Brpowm and Thompson are residents. I asked you to prepare acceptance letters for tighter four interns we have interviewed. Please send me a draft of these letters today.

**From:** Joyce Goodwin
**Sent:** Wednesday, September 5, 2018 12:13:24 PM
**To:** Rhonda Gilligan-Gillespie
**Subject:** RE: Rafael Barney asking for an update on his interview session

You ask me to draft a acceptance letter only for Rev. Brown and a waitlist letter for Cheron (message below). I didn't receive any instructions concerning Mr. Rafael however I will draft a acceptance letter for him today the other applications you stated you would look over and let me know.

"Would you please prepare an acceptance letter for Rev. Brown and a "waitlist" letter for Rev. Thomas? I will sign them later today. Thank you. RGG "

**From:** Rhonda Gilligan-Gillespie
**Sent:** Wednesday, September 05, 2018 11:46 AM
**To:** Joyce Goodwin
**Subject:** Re: Rafael Barney asking for an update on his interview session

I believe I asked you to draft an acceptance letter for him and three others for a future extended unit.

**From:** Joyce Goodwin
**Sent:** Wednesday, September 5, 2018 11:30:28 AM
**To:** Rhonda Gilligan-Gillespie
**Subject:** FYI: Rafael Barney asking for an update on his interview session

**From:** Rafael Barney [mailto:rafaelbarney@hotmail.com]
**Sent:** Wednesday, September 05, 2018 11:17 AM
**To:** Joyce Goodwin
**Subject:** [EXTERNAL] Re: Interview session confirmation

This email originated outside of MLH. Do not click on any links or open attachments if you were not expecting this email, or if the m

Good morning Joyce. Hope you had a blessed Labor day weekend. Just want to follow up to see if I was selected for your CPE program. Thanks.

Blessings,
Rafael

On Aug 17, 2018, at 1:31 PM, Joyce Goodwin <Joyce.Goodwin@mlh.org> wrote:

> You are welcome Mr. Rafael, I am delighted that you had a pleasant interview session and I am in hopes that we will get a chance to meet in the near future . Take care
>
> Joyce Goodwin

**From:** Rafael Barney <rafaelbarney@hotmail.com>
**Sent:** Friday, August 17, 2018 1:18 PM
**To:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Subject:** [EXTERNAL] Re: Interview session confirmation

This email originated outside of MLH. Do not click on any links or open attachments if you were not expecting this email, o

Thanks for everything you did for me Joyce. I really enjoyed today's interview. Looking forward to possibly getting into CPE & meeting you in person.
Blessings,
Rafael

On Aug 16, 2018, at 12:15 PM, Joyce Goodwin <Joyce.Goodwin@mlh.org> wrote:

Greetings Mr. Rafael P. Barney,

Per our conversation yesterday you have been scheduled for an interview session with Rev. Rhonda Gilligan-Gillespie. Your interview session will begin at 11:15 am until 12:15 pm on August 17, 2018 (Friday) at our Methodist North location 3960 New Covington Pike Memphis, TN 38128. Rev. Rhonda's instructions for you is to please enter through the main front entrance, and have a seat on one of the couches in the Main Lobby and Rev. Rhonda will come to meet you to escort you to where the interview session will take place. Please don't hesitate to contact me if you have any questions or concerns. Thanks

Joyce Goodwin
Administrative Assistant

<image001.jpg>

Clinical Pastoral Education
1265 Union Ave, Tower 1
Memphis, TN 38104
joyce.goodwin@mlh.org
Direct 901-516-8359 / Fax 901-516-7896

**Methodist Healthcare Memphis is accredited by:**
The Association for Clinical Pastoral Education
One West Court Square, Suite 325,
Decatur, GA, 30030
404.320.1472
acpe.edu

*Methodist Le Bonheur Healthcare is proud to once again be named among the Top 100 Integrated Healthcare Networks in the country.*
<image002.jpg>  <image003.png>

3