# EXHIBIT 20

Pro Se Lawsuit: Plaintiff Joyce Goodwin

## Rhonda Gilligan-Gillespie

**From:** Rhonda Gilligan-Gillespie
**Sent:** Friday, December 29, 2017 10:28 AM
**To:** Mayzelle Collins
**Subject:** RE: Completed Performance Appraisal

Thank you, Mayzell. Happy New Year. Rhonda

Exhibit S

**From:** Mayzelle Collins
**Sent:** Friday, December 29, 2017 9:59 AM
**To:** Rhonda Gilligan-Gillespie; Linda Hayes
**Cc:** Niels French
**Subject:** RE: Completed Performance Appraisal

The only consequence is you will be on my "list" and it's not a nice list to be on. LOL!!!!
Seriously, don't worry about it. Just get that second level signature when Niels returns on Tuesday. Happy New Year!!!

**From:** Rhonda Gilligan-Gillespie
**Sent:** Friday, December 29, 2017 9:48 AM
**To:** Linda Hayes <Linda.Hayes@mlh.org>
**Cc:** Mayzelle Collins <Mayzelle.Collins@mlh.org>; Niels French <Niels.French@mlh.org>
**Subject:** Completed Performance Appraisal

Dear Linda,

I have completed the appraisal for Joyce Goodwin. Both of us have signed it. I had a very positive interaction with Felicia who told me I needed a third signature. I was not aware of the this and have not been told that before. The interim leader for our division is off today. I have called him to see if I can have one of the other directors here to sign.

I know that I had previously sent a deadline for Joyce's appraisal earlier this month but I regret to say that I was in the hospital myself as a patient.

If I am not able to have the appraisal signed by Niels French until Tuesday, January 2, 2018, may I ask what consequences I will face?

Thank you, Rhonda

Rhonda Gilligan-Gillespie, MDiv., BCC, ACPE Certified Educator
Director of Clinical Pastoral Education
Associate Director, Center of Excellence in Faith and Health
Methodist Healthcare Memphis Hospitals
1265 Union Avenue, 1 Tower
Center of Excellence in Faith and Health
Memphis, Tennessee 38104

1