# EXHIBIT 21

Pro Se Lawsuit: Plaintiff Joyce Goodwin

**Joyce Goodwin**

**From:** Bob Plunk
**Sent:** Monday, June 17, 2019 4:32 PM
**To:** Lori Dale; Joyce Goodwin
**Cc:** Zach Pretzer
**Subject:** RE: Budget for HF department grants

See Joyce? I told ya Lori would have clarification. ☺

**Bob Plunk**
*Director of Development*



1211 Union Avenue, Suite 450
Memphis, TN 38104
direct 901-516-0502 | mobile 901-651-6426
methodisthealth.org



**From:** Lori Dale <Lori.Dale@mlh.org>
**Sent:** Monday, June 17, 2019 4:29 PM
**To:** Bob Plunk <Bob.Plunk@mlh.org>; Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Cc:** Zach Pretzer <Zach.Pretzer@mlh.org>
**Subject:** RE: Budget for HF department grants

Based on what we have paid through May, we're averaging about $9,341 per week. Creating the Larry Eddins award is not an issue, but it doesn't change the budget. It will need to be considered along with the other expenses.

**From:** Lori Dale
**Sent:** Monday, June 17, 2019 4:22 PM
**To:** Bob Plunk <Bob.Plunk@mlh.org>; Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Cc:** Zach Pretzer <Zach.Pretzer@mlh.org>
**Subject:** RE: Budget for HF department grants

Yes, there is always a budget for humanitarian fund expenses. This year it is $475K and includes the amount we cover for your salary and benefits. So roughly $9K a week would be the max if all things were equal.

1

**From:** Bob Plunk <Bob.Plunk@mlh.org>
**Sent:** Monday, June 17, 2019 4:11 PM
**To:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Cc:** Zach Pretzer <Zach.Pretzer@mlh.org>; Lori Dale <Lori.Dale@mlh.org>
**Subject:** RE: Budget for HF department grants

Joyce- To my knowledge, there has never been a "budget" or set amount of funding allowable in any given period of time with HF Committee decisions. It has been left up to the committee and its determination. I would assume the amount granted weekly is totally dependent on the number of viable/approved requests and their magnitude. Lori Dale may have comments to make and she knows if the Fund ever gets depleted to any extent. I only remember one year that funds ran really low, and that was due to a rash of natural disaster requests one Spring in West TN when we had hospitals in several small cities. I'll defer to Zach on this, though.
Bob

Bob Plunk
Director of Development



1211 Union Avenue, Suite 450
Memphis, TN 38104
direct 901-516-0502 | in suite 901-651-6426
methodisthealth.org



**From:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Sent:** Monday, June 17, 2019 3:48 PM
**To:** Bob Plunk <Bob.Plunk@mlh.org>
**Cc:** Zach Pretzer <Zach.Pretzer@mlh.org>
**Subject:** Budget for HF department grants

Hi Bob,

I am wondering if it is a budget that I need to keep in mind when it comes to the committee grant approvals. I ask because now that we have implemented the Larry Eddins Grant ($3,000 for chronic ill associates who have depleted all measures of financial assistance) can the committee still approve over the $1,000 maximum amount if an applicant is in need of more financial assistance due to them being off 3 months or more without any working wages or PTO . I added Zach to the email because I am not sure who takes care of the budget for the HF grants. Also last week the total

2

amount for the grants approvals was over $10,000 the highest it has ever been in one week. Please give me some guidance if the committee should have a top out amount per week? Thanks

Joyce Goodwin
Humanitarian Fund Coordinator

Mission Integration Division
1211 Union Ave. Suite 810B
Memphis, TN. 38104
Direct: 901-516-0864 Fax: 901-516-2760

*Methodist Le Bonheur Healthcare is proud to once again be named among the Top 100 Integrated Healthcare Networks in the country.*





BEST

3

 

Exhibit U
4 pages

# arian Fund Coordinator
## Job # 60071296

### JOB DESCRIPTION

| | | | |
|---|---|---|---|
| **Position Title:** | Humanitarian Fund Coordinator | **Reports to:** | Director/Operations/Int'l Ministries |
| **FLSA/SA or PG:** | Non-Exempt/PG | **Hospital/Facility:** | MH-Corporate |
| **Grade:** | 11 | **Date Revised:** | 4/18/2019 |
| **Job Family:** | ADMS | **Comp Analyst:** | T. Turner |

This job description is not to be construed as a complete listing of the duties and responsibilities that may be given to any employee. The duties and responsibilities outlined in this position may be added to or changed when deemed appropriate and necessary by the person who is managerially responsible for this position.

### Summary:
Responsible for overseeing and coordinating the Humanitarian Fund process for associates in financial crisis at Methodist Le Bonheur Healthcare. Provides support to associates throughout the application process and presenting applicants with additional support resources. Serves as Chairperson for weekly committee meetings presenting hardship applications and if needed request for additional funds for those applicants facing long-term issues. Models appropriate behavior as exemplified in **The Methodist Mission, Vision and Values.**

### Education/Training & Experience:

| | **Education/Formal Training** | **Work Experience** | **Credential/Licensure** |
|---|---|---|---|
| **REQUIRED:** | High School diploma or equivalent | Minimum of three years of experience in administrative and/or program coordination | N/A |
| **PREFERRED:** | Associate's degree in a related field | N/A | N/A |
| **SUBSTITUTIONS ALLOWED:** | N/A | N/A | N/A |

### Knowledge/Skills/Abilities:
- Proficient working knowledge and ability to accurately and timely operate and perform computer related tasks with specific equipment and software applications, including Microsoft Word, Excel, Power Point, and Outlook required.
- Knowledgable about MLH HR policies and guidelines regarding leave of absence, PTO, and Short and Long Term disability.
- Strong customer service and communication skills.
- Strong attention to detail and critical thinking skills.
- Must be able to communicate effectively with associates by providing support, encouragement, and a respectful environment.
- Shows respect for and acceptance of ethnic, cultural, gender, and generational, or socioeconomic differences.
- Sensitivity to differing needs and varying styles of coping, with particular skills in working with families under tremendous stress.
- Skills in composing and delivering presentations to groups of people.
- Ability to handle assignments independently with demonstrated analytical and interpersonal skills.
- Ability to set priorities coordinates multiple tasks, organize tasks, and maintain control of workflow.

### Key Job Responsibilities:
- Provides support to associates throughout the application process and presenting applicants with additional support resources.
- Initiates and completes follow-up work on applications.
- Serve as the Chairperson for weekly committee meetings to present hardship applications.
- Performs administrative tasks related to the program.

### Supervision Provided by this Position:
- There are no lead or supervisory responsibilities assigned to this position.

### Physical Demands/Conditions:
- The physical activities of this position may include climbing, pushing, standing, hearing, walking, reaching, grasping, kneeling, stooping, and repetitive motion.
- Must have good balance and coordination.

- The physical requirements of this position are: light work - exerting up to 25 lbs. of force occasionally and/or up to 10 lbs. of force frequently.
- The Associate is required to have close visual acuity to perform an activity, such as preparing and analyzing data and figures; transcribing; viewing a computer terminal; or extensive reading.
- The conditions to which the Associate will be subject in this position: The Associate is not substantially exposed to adverse environmental conditions; job functions are typically performed under conditions such as those found in general office or administrative work.

*Reviewed by:*

_____   _____   _____   _____
*Manager/Supervisor*                          *Date*       *Associate*                                          *Date*

## Performance Evaluation Instructions

1) Rate each standard using one performance level rating from the current year guide chart (located on MOLLI).
2) Average the rating for each standard to get overall average for the job function.
3) Multiply average by % to get score for the function

*Rate each standard with the one selected response from the performance rating scale as defined above.*

| Job Functions – Humanitarian Fund Coordinator | Supervisory Assessment | | |
|---|---|---|---|
| | Rating | x % Wt. | = Score |
| **1. Provides support to associates throughout the application process and presenting applicants with additional support resources.**<br><br>**Standards:**<br>• Interviews applicants for various hardship grants to determine if the associate meets the respective eligibility requirements.<br>• Gathers detailed information about the applicant's circumstance to be able to present his/her circumstances to the Humanitarian Fund committee members.<br>• Ensures information provided by the applicants is treated as confidential and shared only with individuals directly involved in the process.<br>• Establishes and maintains trusting relationships with applicants while providing general support and encouragement.<br>• Serves as a resource for the department in answering questions, researching issues, and resolving problems.<br><br>**Comments/Examples:** | Avg | | Score |
| **2. Initiates and completes follow-up work on applications.**<br><br>**Standards:**<br>• Prepares a variety of correspondence to vendors to address all inquiries concerning the application.<br>• Types, formats, copies, distributes, files and retrieves correspondence, reports and documents of a routine or confidential nature.<br>• Contacts landlords, repair shop, MLGW, applicants etc. by email, fax, and/or phone concerning an application.<br>• Demonstrates professional work behavior and customer service routinely in all interactions.<br><br>**Comments/Examples:** | Avg | | Score |
| **3. Serve as the Chairperson for weekly committee meetings to present hardship applications.**<br><br>**Standards:**<br>• Plans and facilitates the weekly committee meetings.<br>• Organizes materials and disseminates confidential agenda information to committee members.<br>• Prepares and summarizes presentations for each applicant to be presented at the committee meeting.<br>• Prepares required information to present to the committee such as personal applicant information, leave of absence information, type of grant and monetary amount needed etc.<br>• Ensures there is sufficient time during the meeting to fully discuss agenda items.<br>• Ensures all relevant matters are discussed and that effective decisions are made and carried out.<br><br>**Comments/Examples:** | Avg | | Score |

| | Avg | | Score |
|---|---|---|---|
| **4. Performs administrative tasks related to the program.**<br><br>**Standards:**<br>• Maintains monthly disbursement list and vendor list to submit to account payable, associate health and payroll.<br>• Ensures accurate maintenance of departmental records, logs, manuals, and documents.<br>• Retrieves and locates information from electronic or manual filing systems.<br>• Keeps filing current and purges or stores files on a regular basis.<br>• Collects and enters data for departmental reports; runs reports in accordance with departmental needs.<br>• Prepares requisition list each week for grants to be disbursed.<br>• Distributes weekly checks to applicants.<br>• Assists with the annual Humanitarian Fund Campaign by selecting good stories of associates to highlight for the campaign.<br><br>**Comments/Examples:** | | | |
| **5. Performs other duties as assigned.**<br><br>**Comments/Examples:** | | | |
| Totals | | 100 | |