# EXHIBIT 22

Pro Se Lawsuit: Plaintiff Joyce Goodwin

**Joyce Goodwin**

**From:** Joyce Goodwin
**Sent:** Tuesday, May 21, 2019 10:14 AM
**To:** Niels French
**Subject:** RE: Final Job Description- Humanitarian Fund Coordinator

Okay, thanks Niels. I guess she didn't include me in the email because she is sending the paperwork for me to sign however I would think that she would have at least inform me that the paperwork was coming but sometimes things don't work as to how you belief they should. Thanks again Niels

Joyce

**From:** Niels French <Niels.French@mlh.org>
**Sent:** Tuesday, May 21, 2019 9:56 AM
**To:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Subject:** FW: Final Job Description- Humanitarian Fund Coordinator

Joyce,
Here is the information on the job and salary change
Please let me know if you have further questions.
nf

Exhibit V

**From:** Brandi Walton
**Sent:** Monday, May 20, 2019 2:37 PM
**To:** Niels French
**Cc:** Morgan Reese
**Subject:** RE: Final Job Description- Humanitarian Fund Coordinator

Hi Niels!

Joyce has been sent internal hire transfer paperwork to sign for effective date 5/26/19 receiving a 10% wage increase to 19.85 hrly, part time 20 hrs a week.

Thank you,

Brandi Walton
Corporate Recruiter Consultant


**Methodist.**
**Le Bonheur Healthcare**

Memphis, TN 38104
Direct 901-516-9866 | Fax 901-516-0777
methodisthealth.org

1