# EXHIBIT 23

Pro Se Lawsuit: Plaintiff Joyce Goodwin

.ı AT&T 🛜     9:33 AM     ⏰ @ ➤ 58% 🔋

&lt;     **Alvin Dil...**     📞   •••



Send me a sexy pic of you....

I still want you for myself....

Alvin Dillard • Nov 6, 9:00 PM

Good morning, I'm at work, and I'm texting you to say that if I said or did anything to offend you. I apologize......



Good morning, I'm at work, and I'm texting you to say that if I said or did anything to offend you. I apologize......



.ıl AT&T .    9:34 AM    58%

<     Alvin Dil... 📞 ⋯

**A** apologize......

Alvin Dillard • Nov 9, 10:07 AM

You hung up in my face you know what you did. You do things childish and you are messy with your thinking . My reason for reaching out to you was only to help you and your wife due to you saying you guys were having financial issues. I don't do messy therefore I wish you and your family the best . Take care!!!

Nov 9, 10:30 AM

**A** My phone died

Alvin Dillard • Nov 9, 10:44 AM

Unblock me and call

🖼 Type a message

.ıl AT&T LTE　　　9:34 AM　　　⏰ⓐ➤ 58%⬛

< 　　Alvin Dil...　　📞　•••

Unblock me and call me....



I still do need your help

Alvin Dillard • Nov 9, 12:11 PM



Hello joy I've finished the applications

Alvin Dillard • Nov 13, 6:21 PM

Call me



I

Alvin Dillard • Nov 18, 6:47 PM

I told you that i was going to call you back. Don't try to kill Brenda because of some money. I'll give you your