# EXHIBIT 24

Pro Se Lawsuit: Plaintiff Joyce Goodwin



Call me



I

Alvin Dillard • Nov 18, 6:47 PM

I told you that i was going to call you back. Don't try to kill Brenda because of some money. I'll give you your check back. Her pressure is high as hell now because of you. You'll get it in the morning.

Alvin Dillard • Nov 18, 9:48 PM



Call me



Alvin Dillard • Nov 19, 9:32 AM