# EXHIBIT 26

Pro Se Lawsuit: Plaintiff Joyce Goodwin

STATE OF TENNESSEE
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYMENT SECURITY

# SEPARATION NOTICE



1. Employee's Name: **Joyce** (First)    **Middle Initial**    **Goodwin** (Last)    2. SSN: _____
3. Last Employed: From: **11/02/15** (mm/dd/yy) to **01/08/20** (mm/dd/yy)    Occupation: **Humanitarian Fund Coordinator**
4. Where was work performed? **1211 Union Avenue Suite 810B Memphis, TN. 38104**

5. Reason for Separation:    ☐ Lack of Work    ☒ Discharge    ☐ Quit

   If lack of work, indicate if layoff is    ☐ Permanent    ☐ Temporary - Recall Date _____ (mm/dd/yy)

   If temporary, report any vacation pay that will be paid.    Week Ending Date _____ (mm/dd/yy)    Amount $ _____

   If layoff is indefinite vacation pay should not be reported.

6. Employee received:    ☐ Wages in Lieu of Notice    ☐ Severance Pay

   In the amount of $ _____ for period from _____ (mm/dd/yy) to _____ (mm/dd/yy)

   If other than lack of work, explain the circumstances of this separation:

   Inappropraite behavior and mismanagement of funds

   Z - 2

| Employer's Name: | Methodist Le Bonheur Healthcare |
|---|---|
| Address where additional information may be obtained:<br>C/O Employer's Edge<br>PO Box 351567<br>Westminister, CO 80035-0000 | Employer's Telephone Number:<br>(720) 891-4900 |
| | Employer's Email Address:<br>mramson@employersedge.com |

**Employer's Account Number:** 06906126    *Number shown on State Quarterly Wage Report (LB-0851) and Premium Report (LB-0456)*

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. **This report has been handed to or mailed to the worker.**

Signature of Official or Representative of the Employer who has first-hand knowledge of the separation: *Morgan Reese*

Title of Person Signing: **HR Specialist**

Date Completed and Released to Employee: **01/10/19** (mm/dd/yy)

## NOTICE TO EMPLOYER
Within 24 hours of the time of separation, you are required by Rule 0800-09-01-.02 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a time sensitive request for separation information for the same information please give complete information in your response.

## NOTICE TO EMPLOYEE
**YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO TENNESSEE CLAIMS OPERATIONS IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

LB-0489 (Rev. 06-15)    RDA 0063