# EXHIBIT 27

Pro Se Lawsuit: Plaintiff Joyce Goodwin



