# EXHIBIT 28

Pro Se Lawsuit: Plaintiff Joyce Goodwin

## usa1390@fedex.com

**From:** Joyce Goodwin <joyce.goodwin46@yahoo.com>
**Sent:** Tuesday, February 11, 2020 3:17 PM
**To:** usa1390@fedex.com
**Subject:** [EXTERNAL] Fw: Check cashed / Check # 550037639

Joyce Goodwin

Exhibit
AA   4 pgs

----- Forwarded Message -----
**From:** Joyce <god38125@yahoo.com>
**To:** Joyce A <joyce.goodwin46@yahoo.com>
**Sent:** Wednesday, February 5, 2020, 08:37:50 PM CST
**Subject:** Fw: Check cashed / Check # 550037639

Warmest regards

----- Forwarded Message -----
**From:** Joyce Goodwin <joyce.goodwin@mlh.org>
**To:** Tina Sims <Tina.Sims@mlh.org>; Darryl Arbor <Darryl.Arbor@mlh.org>
**Cc:** Niels French <Niels.French@mlh.org>
**Sent:** Tuesday, December 10, 2019, 08:09:46 AM CST
**Subject:** Fw: Check cashed / Check # 550037639

Good morning Tina and Darryl,

I wanted to send the complete email message I sent Gina Durmeier concerning Ms. Brenda Dillard.

Yesterday Lori only mention that I wrote the check had been lost. I wrote lost due to the Morrison associate(Brenda) stating if her husband do tell her about the check he will perhaps say he lost it like he do with everything he lies about and since she is in the hospital she cannot trace steps where he normally hide things therefore I wrote lost because I didn't want to go into detail with Gina concerning what the Morrison associate was saying, applicants conversations are confidential so again I just wrote lost. After I wrote Gina the first message Ms. Brenda call me to say her husband stated someone stole the check but she knows her husband is trying to steal the check and my next message to Gina was she (Mrs. Brenda) stated someone stole it again not trying to go into detail with Gina to give Mrs Brenda full conversation

I don't know if any of this matters but I wanted to give the full email message that was sent to Gina concerning Mrs Brenda check being voided. Thanks

1

Joyce

**From:** Joyce Goodwin
**Sent:** Tuesday, December 10, 2019 6:45 AM
**To:** god38125@yahoo.com
**Subject:** Fw: Check cashed / Check # 550037639

**From:** Gina Durmeier
**Sent:** Thursday, November 21, 2019 10:49 AM
**To:** Joyce Goodwin
**Subject:** RE: Check cashed / Check # 550037639

We did void it. I just wanted you to know that someone tried to cash or deposit it at the credit union. I wonder if 193768 is Brenda Dillard's account number at the credit union.
g

**From:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Sent:** Thursday, November 21, 2019 10:48 AM
**To:** Gina Durmeier <Gina.Durmeier@mlh.org>
**Subject:** RE: Check cashed / Check # 550037639

Gina,

This check should be voided. I have not heard back from the Morrison associate therefore it should not be cashed.

Joyce

**From:** Gina Durmeier <Gina.Durmeier@mlh.org>
**Sent:** Thursday, November 21, 2019 10:22 AM
**To:** Joyce Goodwin <Joyce.Goodwin@mlh.org>
**Subject:** RE: Check cashed / Check # 550037639

Hi Joyce – This check came through as an exception today. Looks like someone tried to deposit or cash at the credit union Tuesday.
g

Exception Type: Check Voided Prior to Payment
Decision:
Chk#: 550037639        Acct#: 263760263                                Amt: 1,000.00



From: Joyce Goodwin <Joyce.Goodwin@mlh.org>
Sent: Tuesday, November 19, 2019 7:56 AM
To: Gina Durmeier <Gina.Durmeier@mlh.org>
Subject: RE: Check cashed / Check # 550037639

Okay, thanks Gina I sent Tekita and Anna a message to void the check. She believes someone has stolen it therefore I am trying to void the check as soon as possible.

Joyce

From: Gina Durmeier <Gina.Durmeier@mlh.org>
Sent: Tuesday, November 19, 2019 7:54 AM
To: Joyce Goodwin <Joyce.Goodwin@mlh.org>
Subject: RE: Check cashed / Check # 550037639

Hi Joyce – It has not been cashed as of right now
g

From: Joyce Goodwin <Joyce.Goodwin@mlh.org>
Sent: Tuesday, November 19, 2019 7:47 AM
To: Gina Durmeier <Gina.Durmeier@mlh.org>
Subject: Check cashed / Check # 550037639

Good morning Gina,

3

Mrs. Brenda Dillard (Invoice # 19-746) stated she lost her check therefore I wanted to find out if it has been cashed before I request for Tekita to void the check. She is in the hospital now therefore she is not able to trace her steps to try to find it .

Joyce Goodwin
Humanitarian Fund Coordinator

Mission Integration Division
1211 Union Ave. Suite 810B
Memphis, TN. 38104
Direct: 901-478-0680 Fax: 901-478-0671

*Methodist Le Bonheur Healthcare is proud to once again be named among the Top 100 Integrated Healthcare Networks in the country.*





4