# **EXHIBIT 29**

Pro Se Lawsuit: Plaintiff Joyce Goodwin

BB 2 pages

TO: Mr. Arbor   10/11/19

On the week of October the 10th Ms. Joyce came to the cafeteria to eat my husband & Ms. Joyce had a conversation that lead to talking about the flood we experience at our apartment. Ms. Joyce stated that their were funds for Flood Victims and told my husband to come to the office to pick up an application. The next day my husband went to the humanity office and picked up application he asked what all do we need to bring back. She replied and said just fill out as much as you can and I will call you if I need more information. My husband brought application home I fill out the application he returned it on Wednesday morning she stated that she would let us know if I was approved. On Thursday she called me and said come pick up check that Monday but I was in the hospital being admitted to a room. My husband picked up check for me when he went to the office to see Ms. Joyce he stated to her after she gave him the check "please let me bless you by buying your lunch or something for helping us. She then told him let's step outside in the hallway she didn't want to talk in the office. She told my husband that she was going to call him when she got off work. When she called him she asked him for $460.00 out the money by this

time during their discussion my husband was walking in my hospital room. He was upset and saying how you going to ask me to give you 460.00 that's not helping us, you taking advantage of us. She got mad and hung up the phone on him and then call the hospital phone in my room. I answered and she said Mrs. Dillard this Joyce apparently your husband and I have a misunderstanding so I said what's the problem she said she wanted 460.00 out of the money I stated I didn't know that we had to give her something out of the money and I said you are taking advantage of people that is going thru a hardship. She then stated we would't have knew about the money that was available if she hadn't told us. Ms. Joyce was heartless by calling me at the hospital not knowing my present condition she could have been more sensitive given my situation. She made my blood pressure go up they had to give me more meds my machine was ringing. Ms. Joyce stated to my husband after he texted her and told her that she was wrong for calling me and she stated that she was going to void the check. So I told my husband to go the next day with the check that I sign and cash it just to see if it was void. My husband took check cashed it and we thought everything was fine till he went to get his payroll out the bank they took it for the return check leaving him -380