# EXHIBIT 30

Pro Se Lawsuit: Plaintiff Joyce Goodwin

| Name | MLH ID | Date | Req# | Si |
|---|---|---|---|---|
| Carmon, Scotty (Deceased Employee) Mom Lynda Shepherd 5974 Milton Wilson Blved. Arlington, TN. 38002 (HR Christina Morgan Griffith request to pay Corbra for Scotty's two Children) | 117902 | 11/26/2019 | 19-771 | Germa |



| | LW Type | LW Amount | Insurance | Death | Property | EC Type | EC Amount |
|---|---|---|---|---|---|---|---|
| wn | | | | $2,671.60 Funds were transferred From HF to benefits for Cobra payments | | | |