# EXHIBIT 31

Pro Se Lawsuit: Plaintiff Joyce Goodwin

**ASSOCIATE GRANTS HUMANITARIAN FUND COMMITTEE REPORT:** TOTAL _____ Page ___1___ of ___1___

**REQUESTS APPROVED:** Name __Joyce Goodwin__ Title __Humanitarian Coordinator__ Date __April 6, 2017__

| REQ # | *Client Name & Cell No. | SITE | MLH ID | AMOUNT | PAYABLE TO: [Include Mailing Address] | GRANT TYPE | W-9 Form |
|---|---|---|---|---|---|---|---|
| | Strong, Marquis | L | 141528 | $750.00 | SN Servicer | Mortgage | W-9- Faxed |
| | Strong, Marquis | L | 141528 | $250.00 | Memphis Light, Gas & Water<br>P.O. Box 388<br>Memphis, TN. 38145-0388 | Utility | W-9-on File |
| | | | | | | | |
| | | | | | | | |

ASSOCIATE GRANTS HUMANITARIAN FUND COMMITTEE PRESENT

X☐ Joyce Goodwin, Chair   ☐ Janet Ingram   ☐ Larry Eddins   ☐ Albert Spears   ☐ Christina Morgan
☐ Phyllis Weaver   ☐ Janice McCaskill   ☐ Cherie Heard   ☐ Eddie Conner   ☐ Jack Conrad   ☐ Sarita Wilson-Guffin
☐ _____   ☐ _____   ☐ _____

***Only add cell and Social Security number to Morrison's Associates ***

Exhibit
130